

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
COSTA MESA, CA

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

COSTA MESA
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE:** 714/384 4750
FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

Laura Davis Jones    March 31, 2022    ljones@pszjlaw.com
                                       302.778.6401

**VIA HAND DELIVERY**
John A. Cerino
Clerk
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

> **Re:** *Koch Minerals Sàrl, et al. v. Bolivarian Republic of Venezuela*; **Registration of Judgment from Another District**

Dear Mr. Cerino:

    We write on behalf of Plaintiffs Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "Plaintiffs") in the matter *Koch Minerals Sàrl, et al v. Bolivarian Republic of Venezuela*, 1:17-cv-02559 (D.D.C.). Enclosed, please find the following documents issued by the Clerk of the United States District Court for the District of Columbia from that matter: (i) original Clerk's Certification of a Judgment to be Registered in Another District; and (ii) certified copy of Judgment, in the above-referenced action.

    By order dated February 22, 2022, the United States District Court for the District of Columbia authorized Plaintiffs to register for good cause the attached Judgment in the District of Delaware pursuant to 28 U.S.C. § 1963.[1]  *See Koch Minerals Sàrl v. Bolivarian Rep. of Venez.*, No. 17-cv-2559-ZMF, 2022 U.S. Dist. LEXIS 32970 (D.D.C. Feb. 22, 2022).  We accordingly request that you kindly register this judgment in the District of Delaware. Thank you in advance for your attention to this matter.

---

[1] The attached judgment is a consolidated judgment amending errors found in the District Court of D.C.'s previous judgment issued on January 21, 2022.  *See Koch Minerals Sàrl v. Bolivarian Rep. of Venez.*, No. 17-cv-2559-ZMF, D.I. 61–63.

DOCS_DE:238816.1



March 31, 2022
Page 2

  To the extent this matter requires a judicial assignment, we request the matter be assigned to Judge Stark because it is related to pending actions before Judge Stark against the Bolivarian Republic of Venezuela and related defendants.  *See, e.g., Crystallex Intl. Corp. v. Bolivarian Rep. of Venez.*,1:17-mc-00151; *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venez.*, 1:20-mc-00257.  While Judge Stark has recently been confirmed to the Federal Circuit, we understand he has continued to preside over these related proceedings.  In the event that these related proceedings are transferred to another judge in the District of Delaware, we request that this case be assigned to that same judge.

  Please let me know if you need any further information.

  Very truly yours,

  PACHULSKI STANG ZIEHL
  & JONES LLP

  */s/ Laura Davis Jones*

  Laura Davis Jones (DE Bar No. 2436)
  Email: ljones@pszjlaw.com

DOCS_DE:238816.1