## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL, <br><br> *Plaintiffs*, <br> *v.* <br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Civil Action No: 1:22-mc-00156-UNA |

### DECLARATION OF ALEXANDER A. YANOS IN SUPPORT OF PLAINTIFFS' MOTION FOR A WRIT OF ATTACHMENT *FIERI FACIAS*

Pursuant to 28 U.S.C § 1746, I, Alexander A. Yanos, declare as follows:

1. I am an attorney at Alston & Bird, LLP and counsel for petitioners Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "Plaintiffs"), in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Motion for an order authorizing the Clerk of the Court to issue a writ of attachment *fieri facias* ("Motion").

3. I represented Plaintiffs in its pursuit of an order recognizing and executing the arbitration award rendered against Venezuela in the District Court for the District of Columbia in the proceedings captioned *Koch Minerals Sàrl v. Bolivarian Republic of Venez.*, No. 17-cv-2559-ZMF (D.D.C.).

4. Attached hereto as "**Exhibit 1**" is Plaintiffs' proposed writ of *fieri facias* directed to PDVH.

5. Attached hereto as "**Exhibit 2**" is Plaintiffs' proposed *praecipe* in support of its request that the Clerk of the Court issue the writ of *fieri facias*.

1

6. Attached hereto as "**Exhibit 3**" is a true and correct copy of the District Court in the District of Columbia's Memorandum Opinion Granting Plaintiffs' Motion for Summary Judgment, *Koch Minerals Sàrl v. Bolivarian Republic of Venez.*, No. 17-cv-2559-ZMF (D.D.C. Aug. 18, 2021), D.I. 55.

7. Attached hereto as "**Exhibit 4**" is a true and correct copy of the District Court in the District of Columbia's Order Granting Plaintiffs' Motion for Relief Pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, *Koch Minerals Sàrl v. Bolivarian Republic of Venez.*, No. 17-cv-2559-ZMF (D.D.C. Feb. 22, 2022), D.I. 65.

8. Attached hereto as "**Exhibit 5**" is a true and correct copy of Alexandra Ulmer & Marianna Parraga, "Oil output goes AWOL in Venezuela as soldiers run PDVSA," REUTERS (Dec. 26, 2018), https://www.reuters.com/article/us-venezuela-pdvsa-military-specialrepor/special-report-oil-output-goes-awol-in-venezuela-as-soldiers-run-pdvsa-idUSKCN1OP0RZ.

9. Attached hereto as "**Exhibit 6**" is a true and correct copy of "Minister Quevedo Inspected Full Operability of VHICOA," PETROLEOS DE VENEZUELA, S.A. (PVDSA.com) (Oct. 28, 2019), http://www.pdvsa.com/index.php?option=com_content&view=article&id=9371:minister-quevedo-inspected-full-operability-of-vhicoa&catid=10:news&Itemid=908&lang=en.

10. Attached hereto as "**Exhibit 7**" is a true and correct copy of "Venezuela names El Aissami to PDVSA board of directors," REUTERS (Sept. 9, 2018), https://in.reuters.com/article/venezuela-pdvsa/venezuela-names-el-aissami-to-pdvsa-board-of-directors-idINKCN1LP0O9.

11. Attached hereto as "**Exhibit 8**" is a true and correct copy of Joshua Goodman, "Maduro taps US fugitive to revamp Venezuela oil industry," ASSOCIATED PRESS (Apr. 27, 2020), https://apnews.com/7afdd9afd266471c922c1517fcd9db2d.

12. Attached hereto as "**Exhibit 9**" is a true and correct copy of Ana Vanessa Herrero, "After U.S. Backs Juan Guaido as Venezuela's Leader, Maduro Cuts Ties", NEW YORK TIMES (Jan. 23, 2019), https://www.nytimes.com/2019/01/23/world/americas/venezuela-protests-guaido-maduro.html.

13. Attached hereto as "**Exhibit 10**" is a true and correct copy of "Statement Recognizing Venezuelan National Assembly President Juan Guaidó as the Interim President of Venezuela," THE WHITE HOUSE (Jan. 23, 2019), https://www.whitehouse.gov/briefings-statements/statement-president-donald-j-trump-recognizing-venezuelan-national-assembly-president-juan-guaido-interim-president-venezuela/.

14. Attached hereto as "**Exhibit 11**" is a true and correct copy of Ben Bartenstein, "U.S. Shields Citgo From Creditors in Win for Venezuela's Guaido," (Oct. 24, 2019), https://www.bloomberg.com/news/articles/2019-10-24/u-s-shields-citgo-from-creditors-in-win-for-venezuela-s-guaido.

15. Attached hereto as "**Exhibit 12**" is a true and correct copy of "Guaidó on recovered assets: 'Our commitment is to Venezuelans and transparency,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 7, 2020), https://presidenciave.com/presidency/guaido-on-recovered-assets-our-commitment-is-to-venezuelans-and-transparency/.

16. Attached hereto as "**Exhibit 13**" is a true and correct copy of the "Guidelines for the Renegotiation of the Chavez/Maduro Era Legacy Public External Debt, Office of the Special Attorney General of the Bolivarian Republic of Venezuela," Asamblea Nacional (July 1, 2019), https://tinyurl.com/y68b8mpx.

17. Attached hereto as "**Exhibit 14**" is a true and correct copy of Renzo Pipoli, "Venezuela's Guaidó to name new boards of PDVSA and Citgo," UPI (Jan. 29, 2019), https://www.upi.com/Energy-News/2019/01/29/Venezuelas-Guaido-to-name-new-boards-of-PDVSA-and-Citgo/7141548760904/.

18. Attached hereto as "**Exhibit 15**" is a true and correct copy of "Venezuelan Interim Government Achieves Strengthening of U.S. Treasury Measures for the Protection of CITGO and Other Assets", Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Nov. 21, 2019), https://presidenciave.com/embassies/venezuelan-interim-government-achieves-strengthening-of-u-s-treasury-measures-for-the-protection-of-citgo-and-other-assets/.

19. Attached hereto as "**Exhibit 16**" is a true and correct copy of PDVSA Memorandum of Law in Support of Motion for Summary Judgment, *Petroleos De Venez. S.A. et al v. MUFG Union Bank, N.A. et al*, No. 1:19-cv-10023 (S.D.N.Y. June 15, 2020), D.I. 117.

20. Attached hereto as "**Exhibit 17**" is a true and correct copy of "PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S.," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Aug. 5, 2020), https://presidenciave.com/international/pdvsas-ad-hoc-board-of-directors-highlights-the-transparent-management-of-its-subsidiaries-in-the-u-s/.

21. Attached hereto as "**Exhibit 18**" is a true and correct copy of "Venezuela's opposition names new members to PDVSA ad-hoc board," REUTERS (June 30, 2020), https://www.reuters.com/article/us-venezuela-politics-pdvsa/venezuelas-opposition-names-new-members-to-pdvsa-ad-hoc-board-idUSKBN24139X.

22. Attached hereto as "**Exhibit 19**" is a true and correct copy of "Citgo 2021 Annual Report," CITGO (citgo.com), https://www.citgo.com/getmedia/528fcc9b-b1a4-4d4b-b083-1f79ea9278ae/2021-CITGO-Annual-Report.pdf.

23. Attached hereto as "**Exhibit 20**" is a true and correct copy of "U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release)," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (July 15, 2020), https://presidenciave.com/presidency/u-s-treasury-department-extends-protection-to-citgo-from-pdvsa-2020-bonds-press-release/.

24. Attached hereto as "**Exhibit 21**" is a true and correct copy of "NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's Assets," Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Dec. 29, 2020), https://presidenciave.com/embassies/ny-district-court-responds-favorably-to-the-appeal-of-the-interim-government-with-a-ruling-that-prevents-holders-of-the-pdvsa-2020-bond-from-acting-against-citgos-assets/.

25. Attached hereto as "**Exhibit 22**" is a true and correct copy of "President (e) Guaidó after court ruling on PDVSA 2020 bonds: 'CITGO remains protected,'" Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL (Oct. 17, 2019), https://presidenciave.com/presidency/president-e-guaido-after-court-ruling-on-pdvsa-2020-bonds-citgo-remains-protected/.

26. Attached hereto as "**Exhibit 23**" is a true and correct copy of Luc Cohen, "Venezuela's congress to voice concern to U.S. over Nynas sanctions removal," REUTERS (May 14, 2020), https://www.reuters.com/article/venezuela-pdvsa-nynas-usa-idINKBN22Q0H2.

27. Attached hereto as "**Exhibit 24**" is a true and correct copy of "Venezuela's Guaidó names Citgo chief executive to board," REUTERS (July 9, 2020), https://www.reuters.com/article/idUSKBN24A394.

28. Attached hereto as "**Exhibit 25**" is a true and correct copy of Leonardo García, "Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN/2015," NOTICIERO DIGITAL (July 23, 2021), https://www.noticierodigital.com/2021/07/junta-ad-hoc-de-pdvsa-emitio-40-reportes-y-114-observaciones-en-rendicion-de-cuentas-ante-an-2015/.

29. Attached hereto as "**Exhibit 26**" is a true and correct copy of a certified English translation of Leonardo García, "Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN/2015," NOTICIERO DIGITAL (July 23, 2021), https://www.noticierodigital.com/2021/07/junta-ad-hoc-de-pdvsa-emitio-40-reportes-y-114-observaciones-en-rendicion-de-cuentas-ante-an-2015/.

30. Attached hereto as "**Exhibit 27**" is a true and correct copy of "U.S. Recognition of Venezuela's 2015 National Assembly and Interim President Guaidó," U.S. Dept. of State (Jan. 4, 2022), https://www.state.gov/u-s-recognition-of-venezuelas-2015-national-assembly-and-interim-president-guaido/.

31. Attached hereto as "**Exhibit 28**" is a true and correct copy of Asamblea Nacional, "Acuerdo que autoriza el use de recursos de Petroleos de Venezuela, S.A. (PDVSA) para la defensa de sus activos en el extranjero", 1 October 2019.

32. Attached hereto as "**Exhibit 29**" is a true and correct copy of a certified translation of Exhibit 28: Asamblea Nacional, "Acuerdo que autoriza el use de recursos de Petroleos de Venezuela, S.A. (PDVSA) para la defensa de sus activos en el extranjero", 1 October 2019.

33. Attached hereto as "**Exhibit 30**" is a true and correct copy of Maru Morales P. and Ariadna García, "Venezuela's Maduro says Citgo is key point in opposition dialogue," REUTERS (May 14, 2021), https://www.reuters.com/article/veneuzuela-politics-citgo-idUSL1N2N12XZ.

34. Attached hereto as "**Exhibit 31**" is a true and correct copy of "Venezuelan opposition reshuffles boards overseeing U.S. refiner Citgo," REUTERS (June 1, 2021), https://www.reuters.com/business/energy/venezuelan-opposition-reshuffles-citgo-pdvsa-ad-hoc-boards-2021-06-01/.

35. Attached hereto as "**Exhibit 32**" is a true and correct copy of "Tareck Zaidan El Aissami Maddah—New Target," U.S. DEPT. OF STATE, (Mar. 26, 2020), https://www.state.gov/tareck-zaidan-el-aissami-maddah-new-target/.

36. Attached hereto as "**Exhibit 33**" is a true and correct copy of "Louis Pacheco: 'Si No Hubiésemos Demandado Los Bonistas Habrían Hecho Una Fiesta Y Tomado Citgo," EMBAJADA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA, (Nov. 17, 2020), https://us.embajadavenezuela.org/noticias/luis-pacheco-si-no-hubiesemos-demandado-los-bonistas-habrian-hecho-una-fiesta-y-tomado-citgo/.

37. Attached hereto as "**Exhibit 34**" is a true and correct copy of a certified English translation of "Louis Pacheco 'If We Had Not Sued, The Bondholders Would Have Had A Party And Taken Citgo," EMBASSY OF BOLIVARIAN REPUBLIC OF VENEZUELA (Nov. 17, 2020).

38. Attached hereto as "**Exhibit 35**" is a true and accurate copy of "Venezuela's Memorandum in Opposition to Summary Judgment, *Koch Minerals Sàrl, et. al. v. Bolivarian Rep. of Venez.*, 1:17-cv-02559-ZMF, D.I. 53 at 1 (Apr. 5, 2021).

7

39. Attached hereto as "**Exhibit 36**" is a true and accurate copy of "Presentación de resultados 2019 – 2020, Junta Administradora Ad Hoc De PDVSA," available at https://link.edgepilot.com/s/a25f3bb9/HhhG6zWll0qp_ytLIAIqLw?u=https://pdvsa-adhoc.com/Presentacion_2020_PDVSA_ad_hoc.pdf (last visited April 16, 2021).

40. Attached hereto as "**Exhibit 37**" is a true and correct copy of a certified English translation of "Presentation of results 2019 – 2020, PDVSA Ad Hoc Board of Directors."

41. Attached hereto as "**Exhibit 38**" is a true and accurate copy of the current website located at http://pdvsa-adhoc.com/. This URL formally directed to the Ad Hoc Administrative Board of Petróleos de Venezuela, S.A.'s website.

42. Attached hereto as "**Exhibit 39**" is a true and accurate copy of "Corporate Governance," PETROLEOS DE VENEZUELA, S.A. (PVDSA.com), http://www.pdvsa.com/index.php?option=com_content&view=article&id=6558&Itemid=891&lang=en.

43. Attached hereto as "**Exhibit 40**" is a true and accurate copy of Marianna Parraga, Vivian Sequera, Matt Spetalnick, & Diego Oré, "UPDATE 2-U.S., Venezuela discuss easing of sanctions, make little progress -sources," REUTERS (Mar. 6, 2022), https://www.reuters.com/article/ukraine-crisis-venezuela-usa-idAFL2N2V90NE.

44. Attached hereto as "**Exhibit 41**" is a true and accurate copy of Deisy Buitrago & Marianna Parraga, "EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami - sources," REUTERS (Dec. 9, 2021), https://www.reuters.com/markets/us/exclusive-venezuelas-maduro-plans-replace-oil-minister-el-aissami-sources-2021-12-09/.

45. Attached hereto as "**Exhibit 42**" is a true and accurate copy of "Luis Giusti ousted from Citgo Petroleum's board of directors," REUTERS (Apr. 11, 2022),

https://www.reuters.com/business/energy/luis-giusti-ousted-citgo-petroleums-board-directors-2022-04-11/.

46. Attached hereto as "**Exhibit 43**" is a true and accurate copy of Deisy Buitrago & Mayela Armas, "Venezuela opposition must recognize errors to resume dialogue-gov't," REUTERS (Jan. 5, 2022), https://www.reuters.com/world/americas/venezuela-opposition-must-recognize-errors-resume-dialogue-govt-2022-01-05/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 7, 2022  
New York, New York

Respectfully submitted,

_[signature]_

Alexander A. Yanos (*pro hac vice pending*)  
**ALSTON & BIRD LLP**  
90 Park Avenue  
New York, NY 10016  
Tel: 202-210-9400  
Fax: 212-210-9444  
alex.yanos@alston.com