# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT FOR

# THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Misc. Action No: 22-mc-156 |

## [PROPOSED] WRIT OF *FIERI FACIAS*

TO THE U.S. MARSHALS SERVICE, YOU ARE COMMANDED:

To serve this writ of attachment *fieri facias* on PDV Holding, Inc, c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to Petroleos de Venezuela ("PDVSA"), to satisfy the judgment owed to Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") in the amount of US$ 387,212.536.29 plus post judgment interest.

To the Judgment Debtor's Garnishee who is served this paper:

The United States District Court for the District of Delaware requires, within 20 days after service of process, that you serve upon Laura Davis Jones, Pachulski, Stang, Ziehl & Jones, LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705, a verified answer. The verified answer shall specify what shares of stock and other assets or rights incident to that stock ownership belonging to or owing to Judgment Debtor PDVSA you currently possess. You must serve this verified letter within 20 days after this writ is served upon you, not counting the day that you received this writ. Your failure to respond may result in a default judgment against you in an amount equal to the value of the property subject to the attachment, or in the amount of the judgment, whichever is less, with interests and costs. As the Garnishee, you are to retain the items stated by you in your answer and hold these items until another order of this Court releases you from this obligation.

The amount of the judgment remaining owed and outstanding, including post judgment interest under 28 U.S.C. § 1961 is $_____ as of _____, 202__.

_____
Clerk of Court

Issued: _____                    per Deputy: _____

1

*By Attorney Laura Davis Jones, DE Bar No. 2436, Pachulski, Stang, Ziehl & Jones, LLP, 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705, (302) 652-4100*