# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

**[PROPOSED] PRAECIPE**

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL, *Plaintiffs*, v. BOLIVARIAN REPUBLIC OF VENEZUELA, *Defendant*. | Misc. Action No: 22-mc-156-UNA |

TO: Clerk of Court
United States District Court
844 North King St. Unit 18
Wilmington, DE 19801-3570

**PLEASE ISSUE** to the U.S. Marshals Service the writ of *fieri facias* filed with this Praecipe to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to Judgment Debtor Petróleos de Venezuela, S.A., to be served upon PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

Dated: _____, 202__

Of Counsel:
Alexander A. Yanos *pro hac pending*
Rajat Ranna *pro hac pending*
Robert Poole *pro hac pending*
ALSTON & BIRD, LLP
90 Park Avenue, 15th Floor
New York, NY 10016-1387
212-210-9400
alex.yanos@alston.com
rajat.rana@alston.com
robert.poole@alston.com

Respectfully Submitted,

*/s Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
ljones@pszjlaw.com
pkeane@pszjlaw.com

*Attorneys for Plaintiff*

1