# Exhibit 6




HOME  WE ARE PDVSA  WHAT WE DO  SUBSIDIARIES  MEDIA  INVESTORS  ▸ ESPAÑOL

COMUNICACIONES / NOTICIAS



# MINISTER QUEVEDO INSPECTED FULL OPERABILITY OF VHICOA

PDVSA.COM /
Monday, 28 October 2019

**Caracas.-** "With an installed production capacity over 50 thousand tons per year, VHICOA is one hundred per cent operating", stated Mr. Manuel Quevedo, People's Minister of Petroleum and president of Petróleos de Venezuela, S.A. (PDVSA) during a work visit to the plant which is located in Bolívar State.

During the tour through the subsidiary company, Minister Quevedo could see the large facilities for the construction of the infrastructure the state oil, petrochemical and gas companies. "We have observed the progress of large projects very important to the country, which are translated into productive works to increase oil production, refining capacity and maintenance necessary to our refineries, apart from all the structures for social projects such as Gran Misión Vivienda Venezuela", (Large Housing Venezuela Mission) he assured.

Mr. Quevedo also highlighted productive linkage with allied companies of the sector as Bauxilum and Sidor. "We are deployed in the streets because of the new state announced by President Nicolás Maduro, along with the working class. Here are the workers showing their faces, work will move Venezuela forward", he sentenced.

On his side, Mr. Daniel Michelena, general manager to VHICOA, explained its potentialities. "This is vital a metal-mechanical company to support and develop all Basic Companies in Guayana and Venezuela. We are working in tower T401 which is one of the largest in the world, as well as in Deep Conversion with respect to refining".

During the stay of Mr. Quevedo, Vhicoa organized working class showed commitment with the revolution and said to be aware of the role they have in the nation's productive development. Among the achievements made by this company subscribed to the subsidiary PDVSA Industrial, there are: The construction of the second bridge and the culmination of the third bridge over Orinoco River, the construction of more than 516 buildings for GMVV and Off Shore Platform 4F, the first one built in Revolution.

COMPARTIR:

  

## ACCESOS RÁPIDOS

Subsidiaries
PDVSA Radio
Revista Orinoco Magna Reserva

## CONTÁCTANOS

Petróleos de Venezuela, S.A.
Avenida. Libertador con calle El Empalme
Complejo MinPetróleo - PDVSA,
La Campiña, Caracas - Venezuela.

**Phone:** +58(212)7084021
**Fax:** +58(212)7084460

Copyright © 2016 PDVSA. Todos los derechos reservados.