# Exhibit 7

Discover Thomson Reuters

Directory of sites | Login | Contact | Support





MONEY NEWS    SEPTEMBER 9, 2018 / 1:51 PM / UPDATED 2 YEARS AGO

# Venezuela names El Aissami to PDVSA board of directors

By Reuters Staff            2 MIN READ    

FILE PHOTO: The corporate logo of the state oil company PDVSA is seen at a gas station in Caracas, Venezuela November 16, 2017. REUTERS/Marco Bello

CARACAS (Reuters) - Venezuela has named Industry Minister Tareck El Aissami, who is under sanction by the United States for alleged involvement in the drugs trade, to the board of directors of state oil company PDVSA, according to the country's Official Gazette.

His designation comes days after Venezuela announced the creation of a committee to reorganize PDVSA, without providing details on what that would entail.

El Aissami, who dismisses U.S. accusations against him as an effort by Washington to undermine the country's government, until earlier this year served as vice president.

He also led a commission named last year to renegotiate the country's foreign debt.

PDVSA's board also includes Finance Minister Simon Zerpa, who is under U.S. sanction as well.

President Nicolas Maduro in April granted broad powers to PDVSA President Manuel Quevedo to carry out changes to the industry in order to boost output, which has fallen to 60-year lows amid a hyperinflationary economic crisis.

Maduro says the country is victim of an "economic war" led by political adversaries and the United States, which has levied several rounds of sanctions against Venezuela since last year.

Reporting by Deisy Buitrago; Writing by Brian Ellsworth; Editing by Andrea Ricci

Our Standards: The Thomson Reuters Trust Principles.

PAID PROMOTIONAL LINKS                            Promoted by Dianomi



**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset



**5 Warning Signs an Economic Implosion is Near.**
Weiss Ratings

MORE FROM REUTERS



**India says China laying cables to bolster communications at border...**

14 Sept



**India seeks 1.67 trillion rupees in additional budgetary spending...**

14 Sept



**India's August retail inflation eases on lower food prices:...**

14 Sept



**Australia defends intelligence raids as spat with China escalates**

13 Sept



**India reports over 94,000 new coronavirus cases, over 1,000 more...**

13 Sept

MORE FROM REUTERS



Asian shares on firm footing as vaccine trials resume

14 Sept



India reports over 94,000 new coronavirus cases, over 1,000 more...

13 Sept



UK Brexit negotiator sees no guarantee EU will okay UK's food...

13 Sept



Netflix argues for free speech in court spat with Indian tycoons...

14 Sept



Trump says he has signed new executive order to lower drug prices

13 Sept

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies
Terms of Use    Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.