# Exhibit 12






Spanish   English

START  PRESIDENCY  PARLIAMENT  EMBASSIES  REGIONS  INTERNATIONAL  RELEASES  PAPER  MULTIMEDIA

# Guaidó on recovered assets: "Our commitment is with Venezuelans and transparency"

August 7, 2020



| 8 SHARES | 212 VIEWS | Facebook | Twitter | WhatsApp | E-mail |

The President (E) of the Republic, Juan Guaidó, reiterated that the Legitimate Government continues to work to recover and protect the nation's assets abroad. Likewise, he assured that **his team is committed to handling everything related to Venezuelan assets with transparency.**

The president recalled that from the moment the Legitimate Government took control of the different assets, including Petróleos de Venezuela SA through its ad hoc Board of Directors, **the financial status of each one has been directly reported.**

Related Notes

→ Borges recalls terrorist attacks in the region carried out by the groups that Nicolás Maduro protects

→ Commissioner Pizarro announces the entry of 13 tons of humanitarian aid to combat the COVID-19 pandemic

> *"Our commitment is with Venezuelans and with transparency. PDVSA and its subsidiaries were managed by the regime like a black box. Today our teams are accountable to the Nation, demonstrating that things can be done well, "he said this Friday through his personal Twitter account.*

The president thanked PDVSA's ad hoc board, given that thanks to their work, it was possible to recover and protect, for the people of Venezuela, **one of the most valuable assets of the nation, such as CITGO.**

Likewise, he **thanked the ad hoc Administrative Board of the Central Bank of Venezuela,** which has recovered assets abroad and preventing the dictatorship from continuing to steal resources to privilege themselves and their allies.

> "The dictatorships of Chávez and Maduro used the assets of the Nation to exercise social control over citizens and to finance terrorism," he said.

Guaidó concluded by saying that part of the struggle to liberate Venezuela **involves taking powers away from the dictatorship.** In addition, he stressed the importance of disseminating the results of the process.

**"Let's echo the official information , " he** concluded.

> *The dictatorships of Chávez and Maduro used the assets of the Nation to exercise social control over citizens and to finance terrorism.*

*Since we assumed as Legitimate Government, we have fought to recover and protect these assets that belong to Venezuelans.*

*- Juan Guaidó (@jguaido)* August 7, 2020

Tags: Bank of Venezuela · Citgo · Legitimate government · PDVSA · President (E) Juan Guaidó · Nicolás Maduro's regime · Venezuela

**Previous post**

Deputy Mendoza assured that the inefficiency of the regime left Monagas without water and fuel

**Next Post**

Communiqué of the Legitimate Government of Venezuela in relation to the procedural ruling of the Court of Appeal in the case of the Bank of England



PRESIDENCY

AUGUST 12, 2020



PRESIDENCY

AUGUST 11, 2020



PRESIDENCY

AUGUST 11, 2020

**Popular news**

Borges recalls terrorist attacks in the region carried out by the groups that Nicolás Maduro protects

Plan País: "We Venezuelans recover it because the regime does not care about ecocide"

AN: Inflation for the month of July in Venezuela was 55.05%, accumulated at 843.44% and interannual at 4099%

Ambassador Vecchio: You cannot speak of abstention when what is being organized is a fraud

Ambassador Scull reported that the diplomatic headquarters in Peru reactivated consular procedures

Case 1:22-mc-00156-UNA   Document 3-12   Filed 10/07/22   Page 5 of 5 PageID #: 99



Download APP

