# Exhibit 14

  

**WATCH LIVE**

**Israeli, UAE leaders sign Abraham Accord at White House signing ceremony**



ENERGY NEWS        JAN. 29, 2019 / 6:56 AM

# Venezuela's Guaido to name new boards of PDVSA and Citgo

By  Renzo Pipoli

 (0)



Venezuela President Nicolas Maduro said on Monday he will legally challenge the sanctions announced by the United States against Venezuelan state oil assets, on the same day the head of National Assembly Juan Guaido, who wants Maduro to step down, said he is naming new boards for PDVSA and Citgo. File Photo by Venezuelan government/EPA EFE

Jan. 29 (UPI) -- Venezuela's President of the National Assembly, Juan Guaido, who last week swore in as interim president in defiance of Venezuelan President Nicolas Maduro, will name new directors for the boards at state oil company PDVSA and its United States subsidiary Citgo.

The Venezuelan interim government is working alongside the National Assembly to "guarantee the biggest transparency and control" and it will now "start the process to name the boards of directors of PDVSA and Citgo to allow the recovery of our industry that is going now through a dark moment," said Guaido.

ADVERTISEMENT

To those that "today work with these companies abroad, I want you to known, just like I have guaranteed respect to those working in consulates and embassies, I extend an invitation today to continue working to relaunch" the companies, he added in a statement.

Guaido, already recognized as the legitimate Venezuelan leader by countries including the United States, Canada, Israel and several Latin American nations, said the decision is part of "taking progressive and orderly control of the assets of our Republic abroad" to "speed up the political transition."

> **RELATED**
> [North Korea throws support behind Venezuela's Maduro regime](#)

"We've previously denounced the international corruption of PDVSA and how it was turned into a network to finance corruption," he added.

Guaido's statement was published just after the United States announced sanctions against PDVSA, adding also that the company "has long been a vehicle for embezzlement." The sanctions aim to move control of the country's oil revenue from Maduro to Guaido.

The official website of the Venezuela government led by Maduro, who is recognized as president by nations including Russia and Mexico, put out a press release Monday saying

Maduro will within the next hours take "legal, operative, technical and commercial" actions in response to the United States.

> **RELATED**
> U.S. accepts new political envoy for Venezuelan 'interim' government

"The want to steal Citgo from us. I have given instructions to start political and legal actions before the world and U.S. courts to defend the property and wealth of Citgo," Maduro said.

Citgo is a United States oil downstream company with roots going back to 1910. Venezuela's PDVSA bought a 50 percent stake in Citgo in 1986. Then in 1990 PDVSA bought the entire company as part of a move to have a fuel refining and retail operations in the United States.

Venezuelan state oil PDVSA is suffering from declining output that has resulted from mismanagement. Production in December was 1.15 million barrels per day, down from 1.9 million barrels per day in 2017 due to lack of payments to suppliers and unqualified management and personnel.

> **RELATED**
> Nicolas Maduro blames Venezuelan power struggle on U.S. coup

Venezuelan officials associated with the government of Maduro have been sentenced for corruption that allowed them to purchase real estate and other assets outside Venezuela.

On November 27 the former Venezuelan treasurer Alejandro Andrade was sentenced to a decade in prison for laundering $1 billion in bribe money.

Earlier this month the United States sanctioned several Venezuelan individuals close to Maduro's government over corruption.

Guaido has said he is working under Venezuelan laws to re-establish democracy in the government. His main obstacle is the country's top military, which supports Maduro.

Several countries and organizations have asked Maduro to call new elections, because his reelection in May of last year was in a vote with a historic low turnout where nearly all the opposition did not participate, claiming it was not a fair process.

Venezuela is mired in a political and economic crisis that has pushed some three million people out of the country in recent years.

(0) Leave a comment

Topics  Nicolas Maduro   Juan Guaido

## Sponsored



**Why It's Important You Place Rubber**
Livestly

**Tommy Chong: Throw Away Your**
Tommy Chong

**Americans Are Moving Away From These**
MoneyWise.com

12x Better Than Solar Panels?

Identical Twins Born in 2010 Have

Electrician Reveals: 1 Simple Trick to



Read more

# Latest Headlines



*Energy News* // 1 year ago

### BP to be more transparent about climate efforts amid investor concerns

---



*Energy News* // 1 year ago

### Crude oil prices rise early Friday amid supply concerns



*Energy News* // 1 year ago

### Oil nearly flat in pause after previous session's gains



*Energy News* // 1 year ago

### Petrobras sells Chevron $350M Texas plant bought for $1.2B



*Energy News* // 1 year ago

### Oil prices rise amid ongoing concern about Venezuela



*Energy News* // 1 year ago

### IEA: Greater use of rail would save energy, lower emissions



*Energy News* // 1 year ago
### Crude oil prices rise amid renewed Venezuela concerns



*Energy News* // 1 year ago
### U.S. fuel prices near last month's levels, unlikely to change



*Energy News* // 1 year ago
### Major companies, cities buying into Texas' green energy boom



*Energy News* // 1 year ago
### Oil prices fall on rising U.S. rigs, fading Venezuelan risk

## Trending Stories

Judge rules Pennsylvania's COVID-19 restrictions unconstitutional 

Google honors civil rights pioneer Felicitas Mendez with new Doodle 

Kim Jong Un hails troops as 'miracle' makers after North Korea typhoons 

Fantasy football: Hines, Mack among best Week 2 add/drops 

Wisconsin Supreme Court keeps Green Party off the ballot 

## Follow Us

    

### Sign up for our daily newsletter

Email Address

Subscribe

Privacy policy

## Photo Gallery



This week in the National Football League



**BACK TO TOP**

**About UPI**
**Contact**
**Feedback**
**Advertisements**
**Submit News Tips**

Copyright © 2020 United Press International, Inc. All Rights Reserved.

**Terms of Use** | **Privacy Policy**