# Exhibit 17

9/14/2020 PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S. - Presidencia Venezuela

Case 1:22-mc-00156-UNA Document 3-17 Filed 10/07/22 Page 2 of 5 PageID #: 170

Español English



HOME    PRESIDENCY    PARLIAMENT    EMBASSIES    REGIONS    INTERNATIONAL

# PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S.

5 agosto, 2020



| 2 | 55 | | | |
|---|---|---|---|---|
| SHARES | VIEWS |  Facebook |  Twitter | Whatsapp | Email |

9/14/2020 PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S. · Presidencia Venezuela

Case 1:22-mc-00156-UNA Document 3-17 Filed 10/07/22 Page 3 of 5 PageID #: 180

Based on its commitment to transparency, the Chairman of the ad hoc Board of Directors of Petróleos de Venezuela, S.A. (PDVSA), Luis A. Pacheco, presented – before the permanent committees of Energy and Petroleum, Finance and Economic Development, and Comptrollership – a detailed summary of the management of the new administration of the state oil company and its subsidiaries, highlighting the current status of the assets recovered or still in dispute for control, as is the case with Nynas and other PDVSA assets in the Caribbean. The representative of the ad hoc Administrative Board clarified that, in the case of PDV Holding, Inc., CITGO Holding, Inc. and CITGO Petroleum Corporation, these are companies registered in the state of Delaware, in the United States, and therefore PDVSA exercises its role as shareholder in accordance with the laws of that country.

Luis Pacheco pointed out that by the time the companies were received in 2019, they were in a very critical situation, the banks were refusing to renew the lines of credit, there was inadequate indebtedness. PDV Holding, Inc., CITGO Holding, Inc, and CITGO Petroleum Corporation, were under sanctions imposed by the Office of Foreign Assets Control (OFAC), there were irregularities in contracts signed by previous administrations and CITGO was practically lost as a result of the irresponsible policies of expropriation and indebtedness of the regimes of Hugo Chavez and Nicolas Maduro, which also led the companies to face international litigation, endangering their property and allowing litigation to move forward without exercising any defense.

→ Commissioner Smolansky detailed the figures of Venezuelan migrants and refugees throughout the world

→ US supports the Unitary Pact proposed by Juan Guaidó's Legitimate Government

The president of PDVSA's ad hoc Administrative Board pointed out that once the boards of directors assumed total control and therefore, the management of the companies, progress was made – despite limited human and financial resources – in their recovery, strengthening and protection, through the successful refinancing of 70% of the debt of CITGO's subsidiaries – equivalent to 3. 090 million – improvements in credit risk ratings, implementation of measures to achieve sound corporate governance, the increase in refining capacity by 20,000 barrels per day made possible to achieve a new record for product exports in the fourth quarter of 2019, outstanding environmental and safety performance, reorientation of spending by giving priority to investment and refinery maintenance, and the hiring of external advisors to carry out internal audits. Luis Pacheco added that a relationship of constant collaboration is maintained with the very investigations being carried out by the U.S. Department of Justice. Furthermore, understanding the importance these assets represent for the Venezuelan nation and the emphasis that has been made on their defense, it was achieved the U.S. administration's protection of CITGO subsidiaries from creditors.

9/14/2020 PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S. | Presidencia Venezuela

Case 1:22-mc-00156-UNA Document 3-17 Filed 10/07/22 Page 4 of 5 PageID #: 181

Regarding the goals set for 2020, the PDVSA representative referred to the efforts that continue to be made to guarantee the protection of Venezuela's assets abroad, as well as the actions in the operational and financial areas – such as the 10% reduction of investments and the refinancing of debt – that have been taken to have greater liquidity in CITGO subsidiaries in view of the uncertainty caused in the market by the COVID-19 pandemic.

In reference to the Simón Bolívar Foundation – a charitable foundation of CITGO Petroleum Corporation – the president of the ad hoc Administrative Board of PDVSA highlighted that – since the arrival of the new administration – the Foundation has rethought its role in order to maximize the impact of the aid it gives to Venezuelans inside and outside Venezuela thus benefiting, together with different and recognized NGOs, 33 hospitals, more than 10.845 health professionals, more than 257 soup kitchens or community centers assisted and approximately 15,000 meals served per month.

Luis Pacheco pointed out that, although the last year has been one of important achievements, the danger over the assets has not disappeared, since the shadow of the legacy of the litigations and the accumulation of debts still persists. He added that sustainable solutions require political and legal changes that will return Venezuela to democratic normalcy and concluded by emphasizing that "all the efforts and achievements made by the new boards of directors have allowed us to position the companies – despite the critical world context and the adverse conditions they encountered- with greater strength and competitiveness in view of the fundamental role they will play for the reconstruction of Venezuela, once the time comes".

The presentation of the accounts of the ad hoc Administrative Board of PDVSA was carried out in a public ceremony in the National Assembly, in which the deputies attending had the opportunity to ask questions and clear up doubts. In order to continue promoting transparency, which has been a maxim of the Legitimate Government, the session was transmitted live to all Venezuelans.

**Tags:** Asamblea Nacional    Citgo    EE.UU    PDVSA    Petróleos de Venezuela

INTERNATIONAL                           INTERNATIONAL                           INTERNATIONAL

🕒 8 SEPTIEMBRE, 2020            🕒 8 SEPTIEMBRE, 2020            🕒 6 SEPTIEMBRE, 2020

Case 1:22-mc-00156-UNA Document 3-17 Filed 10/07/22 Page 5 of 5 PageID #: 182



Descargar APP

