Exhibit 20

2/12/2021 U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release) - Presidencia Venezuela

Case 1:22-mc-00156-UNA   Document 3-20   Filed 10/07/22   Page 2 of 8 PageID #: 214

Español English



HOME    PRESIDENCY    PARLIAMENT    EMBASSIES    REGIONS    INTERNATIONAL

# U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release)

15 julio, 2020



| 5 SHARES | 136 VIEWS | Facebook | Twitter | Whatsapp | Email |

2/12/2021 U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release) - Presidencia Venezuela

Case 1:22-mc-00156-UNA Document 3-20 Filed 10/07/22 Page 3 of 8 PageID #: 215

The Office of the Special Prosecutor of the Republic reports that, on July 15th, 2020, the U.S. Treasury Department, through the Office of Foreign Assets Protection (OFAC), issued a 5D General License which extends until October 20th, 2020, the impossibility for holders of the PDVSA 2020 Bond to take control of Citgo.

Initially, through General License 5 issued in 2018 (under Nicolás Maduro's regime), OFAC provided an exception that allowed PDVSA Bond holders to take control of Citgo, despite the protective measures previously issued by the U.S. Government. This license validity was the main reason that led the National Assembly to authorize under protest the payment of interest on the 2020 Bond in April 2019. At that time, the failure to make that payment, and even any judicial defense or lawsuit by PDVSA based on the invalidity of the Bond, would have allowed the bondholders to take immediate control over Citgo in accordance with the burdensome and irresponsible terms on which the guarantee on that company was constituted.

→ Legitimate Government thanks President Iván Duque for the approval of the Temporary Protection Statute for Venezuelan migrants

→ The Presidential Commission for Human Rights and Attention to Victims presented the 2020 Annual Report: "Venezuela. Situation of Human Rights in a Failed State"

Subsequently, through various coordinated conversations carried out by the Venezuelan Embassy in the United States designated by President Guaidó, on October 24th, 2019 the Department of the Treasury issued General License 5A, which suspended the possibility of the bondholders to take the shares and control of Citgo. This decision allowed, with the support of the National Assembly, the ad-hoc management board of PDVSA and PDVSA Holding, Inc. to sue in U.S. courts for the nullity of the PDVSA 2020 Bond, since the guarantee contracts that commit 50.1% of Citgo Holding, Inc. were issued unconstitutionally by Maduro's regime (without the prior authorization of the National Assembly required by national public interest contracts). If this suspension did not exist, as previously indicated, the only demand for annulment of the 2020 Bonds would have resulted in the immediate loss of Citgo.

OFAC has extended the suspension on January 17th, 2020 (License 5B) and April 10th, 2020 (License 5C), and the suspension will remain in effect until July 22nd, 2020. Now, July 15th, 2020, a new License (5D) was issued, which again extends the suspension until October 20th, 2020. This extension maintains the protection over Citgo, as the bondholders will not be able to exercise any action to take control of that company. At the same time, the trial of the Nullity of the 2020 Bonds and the nullity of the guarantee on Citgo shares is progressing.

It is worth recalling that the National Assembly, in an agreement dated September 27, 2017, questioned the operation of issuing the referred Bonds and the guarantee that put at risk the property of Citgo

2/12/2021 U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release) - Presidencia: Venezuela

Case 1:22-mc-00156-UNA Document 3-20 Filed 10/07/22 Page 4 of 8 PageID #: 216

(50.1% of its shares), based on the constitutional rules that allow it to control contracts of national public interest. However, PDVSA (controlled by the Maduro regime) and the bondholders decided to ignore this warning and issue the Bond and sign the pernicious guarantee, in violation of the Constitution and to the clear detriment of the interests of the Nation.





# EL DEPARTAMENTO DEL TESORO DEL GOBIERNO DE ESTADOS UNIDOS EXTIENDE PROTECCIÓN SOBRE CITGO FRENTE A LOS BONOS PDVSA 2020

La Procuraduría Especial de la República informa que, en fecha 15 de julio de 2020 el Departamento del Tesoro del Gobierno de Estados Unidos, a través de la Oficina de Protección de Activos Extranjeros (OFAC), emitió Licencia General 5D, en la cual **extiende hasta el 20 de octubre de 2020, la imposibilidad para los tenedores del Bono PDVSA 2020 de tomar control sobre Citgo**.

Inicialmente, a través de la Licencia General 5 emitida en 2018 (durante el Régimen de Nicolás Maduro), la OFAC dispuso una excepción que permitía a los tenedores del Bono PDVSA tomar el control sobre Citgo, pese a las medidas de protección dictadas previamente por el Gobierno de Estados Unidos. La vigencia de esa Licencia fue la principal razón que llevó a la Asamblea Nacional a autorizar bajo protesto el pago de intereses del Bono 2020 en abril de 2019. En aquel momento, el incumplimiento de ese pago, e incluso, cualquier defensa judicial o demanda de PDVSA basada en la invalidez del Bono, hubiese permitido a los bonistas tomar el control inmediato sobre Citgo, conforme a los gravosos e irresponsables términos en que se constituyó la garantía sobre dicha empresa.

Posteriormente, a través de diversas conversaciones coordinadas con la Embajada de Venezuela en Estados Unidos designada por el Presidente Guaidó, en fecha 24 de octubre de 2019 el Departamento del Tesoro emitió la Licencia General 5A, que suspendió la posibilidad de los bonistas de tomar las acciones y control de Citgo. Esta decisión permitió que, con el respaldo de la Asamblea Nacional, la junta administradora ad-hoc de PDVSA y PDVSA Holding, Inc., demandaran ante Tribunales de EEUU, la nulidad del Bono PDVSA 2020, pues, los contratos de garantía que comprometen el 50,1% de Citgo Holding, Inc., fueron emitidos inconstitucionalmente por el régimen de Maduro (sin la autorización previa de la Asamblea Nacional que requieren los contratos de interés público nacional). De no existir esta suspensión, como se indicó previamente, la sola demanda de nulidad de los Bonos 2020, hubiera devenido en la pérdida inmediata de Citgo.

La OFAC ha extendido la suspensión en fechas, 17 de enero de 2020 (Licencia 5B) y 10 de abril de 2020 (Licencia 5C), estando vigente dicha suspensión hasta el 22 de julio de 2020. Ahora, el 15 de julio de 2020, se emitió nueva Licencia (5D), que nuevamente prorroga la suspensión hasta el 20 de octubre de 2020. Esta extensión mantiene la protección sobre Citgo, pues, los bonistas no podrán ejercer ninguna acción para tomar control de esa empresa. Paralelamente, avanza el juicio de Nulidad de los Bonos 2020 y nulidad de la garantía sobre acciones de Citgo.

Cabe recordar que, la Asamblea Nacional en Acuerdo de 27 de septiembre de 2017, cuestionó la operación de emisión de los referidos Bonos y la garantía que ponía en riesgo la propiedad de Citgo (50,1% de sus acciones), con base en las normas constitucionales que le permiten controlar los contratos de interés público nacional. No obstante, PDVSA (controlada por el régimen de Maduro) y los bonistas decidieron ignorar esa advertencia y emitir el Bono y suscribir la perniciosa garantía, en violación a la Constitución y en claro detrimento de los intereses de la Nación.



2/12/2021 U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release) - Presidencia: Venezuela

Case 1:22-mc-00156-UNA Document 3-20 Filed 10/07/22 Page 6 of 8 PageID #: 218

**Tags:** Ad Hoc de PDVSA    Citgo    EEUU    Estados Unidos    PDVSA

PRESIDENCY

🕑 9 FEBRERO, 2021

PRESIDENCY

🕑 9 FEBRERO, 2021

PRESIDENCY

🕑 9 FEBRERO, 2021





2/12/2021 U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release) - Presidencia Venezuela

Case 1:22-mc-00156-UNA Document 3-20 Filed 10/07/22 Page 8 of 8 PageID #: 220



**Descargar APP**

 

