# Exhibit 21

2/12/2021, NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bon…

Case 1:22-mc-00156-UNA Document 3-21 Filed 10/07/22 Page 2 of 4 PageID #: 282



 Español  English

- HOME
- PRESIDENCY
- PARLIAMENT
- EMBASSIES
- REGIONS
- INTERNATIONAL

# NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's assets

29 diciembre, 2020



Carlos Vecchio, embajador de Venezuela ante EEUU.

2/12/2021 NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bon…

Case 1:22-mc-00156-UNA Document 3-21 Filed 10/07/22 Page 3 of 4 PageID #: 233

1
SHARES

22
VIEWS

Facebook

Twitter

Whatsapp

Email

The Ambassador of the Bolivarian Republic of Venezuela to the United States, Carlos Vecchio, affirmed that "the responsible strategy that we have established for the protection of CITGO continues to bear fruit," after the New York District Court responded to the appeal filed by the Interim Government of Venezuela, through PDVSA Ad Hoc, with an ruling that prevents holders of the PDVSA 2020 Bond from acting against the Venezuelan patrimony.

Vecchio recalled that "days ago the administration of President Donald Trump, through the Treasury Department, extended a license that protects CITGO from any 2020 bondholder action until July 2021. It is clear that we have done and will continue to do EVERYTHING to protect and preserve Citgo for Venezuelans."

→ **Ambassador Ponte: "We appreciate this immense gesture of solidarity from the people of Colombia to Venezuelans"**

→ **Scull assured that relaxing requirements and the partial opening of land borders will alleviate irregular migration**

The ambassador once again highlighted the positive and pertinent actions of Interim President Juan Guaidó, in contrast to the terrible consequences that Nicolás Maduro's dictatorship of has generated for the Venezuelan people.

"Maduro generated more than $ 150 billion in irresponsible debts, putting the main asset of the Venezuelan people abroad at serious risk. The correct strategy promoted by the Interim President Guaidó has recovered and maintained CITGO. If not, today it would be in private or Russian hands."

He added that the extension of the mandate of the current and legitimate National Assembly of Venezuela, approved at the weekend, benefits the protection of CITGO and other assets.

(The) "Constitutional continuity of the legitimate National Assembly and its international recognition are especially important. With it, the mandate to protect CITGO from the criminal corruption of Maduro's dictatorship is renewed. They intend unsuccessfully to put their looting tentacles on CITGO."

He concluded by saying: "From the Venezuelan Embassy in the United States we will continue to work together with the Special Prosecutor's Office, the National Assembly and PDVSA Ad Hoc, under the guidelines of President Guaidó, for the final preservation of all assets that must be available for the next

and speedy recovery of Venezuela. We want to honor obligations and commitments legitimately contracted by the State, once the democratic transition takes place."

> La estrategia responsable que hemos establecido para protección de @CITGOve sigue rindiendo frutos. Corte de Distrito de Nueva York responde a nuestra apelación con dictamen que evita que tenedores de Bono PDVSA 2020 accionen en contra del patrimonio venezolano. pic.twitter.com/wxdcNGtBYO
>
> — CARLOS VECCHIO (@carlosvecchio) December 29, 2020

Tags:  bonos PDVSA 2020    Carlos Vecchio    Citgo    EEUU    Nicolás Maduro    orte Federal del Distrito Sur de Nueva York    PDVSA    Venezuela

EMBASSIES

⊙ 9 FEBRERO, 2021

EMBASSIES

⊙ 9 FEBRERO, 2021

EMBASSIES

⊙ 8 FEBRERO, 2021



**Descargar APP**

