# Exhibit 22



Español  English

HOME    PRESIDENCY    PARLIAMENT    EMBASSIES    REGIONS    INTERNATIONAL

# President (e) Guaidó after court ruling on PDVSA 2020 bonds: "CITGO remains protected"

17 octubre, 2020



Juan Guaidó, presidente encargado de Venezuela,

**3** SHARES   **71** VIEWS   Facebook   Twitter   Whatsapp   Email

The president in charge of Venezuela, Juan Guaidó, blamed Maduro's dictatorship for unconstitutionally ceding CITGO with PDVSA 2020 bonds as collateral.

"The regime unconstitutionally ceded CITGO as a guarantee for the 2020 bonds. They put the assets of the Republic at risk and intend to continue disposing of them as they please and in secret," said President (e) Guaidó in a message disclosed through his official Twitter account.

→ Legitimate Government thanks President Iván Duque for the approval of the Temporary Protection Statute for Venezuelan migrants

→ The Presidential Commission for Human Rights and Attention to Victims presented the 2020 Annual Report: "Venezuela. Situation of Human Rights in a Failed State"

Despite the recent court ruling in a U.S. court, the Venezuelan head of state stressed that the Legitimate Government is implementing all options to protect the heritage of all Venezuelans.

"CITGO continues to be protected. The first instance decision of a court in the United States on the so-called 2020 bonds is a consequence of the irresponsibility of the dictatorship," he said.

"We will continue to defend the country's assets," concluded President (e) Guaidó.

> *CITGO sigue protegida. La decisión en primera instancia de un tribunal en EEUU sobre los llamados bonos 2020 es consecuencia de la irresponsabilidad de la dictadura.*
>
> *Pusieron en riesgo los bienes de la República y pretenden continuar disponiendo de ellos a su gusto y en secreto.*
>
> — Juan Guaidó (@jguaido) October 17, 2020

Tags: bonos PDVSA 2020    Citgo    Dictadura    EEUU    Juan Guaidó    OFAC    Régimen    Venezuela



PRESIDENCY    PRESIDENCY    PRESIDENCY

9 FEBRERO, 2021   9 FEBRERO, 2021   9 FEBRERO, 2021





**Descargar APP**

 

