# Exhibit 23

 World | Business | Markets | Breakingviews | Video | More 

WORLD NEWS

MAY 14, 2020 / 1:09 AM / UPDATED 9 MONTHS AGO

# Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

By Luc Cohen 

(Reuters) - Venezuela's opposition-held congress plans to voice concern to the U.S. government over its removal of sanctions on Swedish refiner Nynas AB after Venezuela's state-run oil company, Petroleos de Venezuela, sold most of its stake in the firm, three people with knowledge of the matter said.

Nynas said on Tuesday that PDVSA was no longer its majority owner after selling a 35% stake in the company to a Swedish foundation. Nynas did not disclose the terms of the sale.

The transaction paved the way for the U.S. Treasury Department, which sanctioned PDVSA in 2019 as part of its plan to oust Venezuelan President Nicolas Maduro, to unblock Nynas, which is now 49.99%-owned by Finnish biofuel producer and oil refiner Neste, 15%-owned by PDVSA and 35%-owned by the foundation.

NOW READING   Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |

ADVERTISEMENT



**The Volvo XC90 Is Impressive**
The reviews are outstanding. See why the Volvo XC90 is turning heads. Top searches

 Luxury Auto

"We want to alert all nations and make clear in the agreement that we present that no deal struck with the current regime will be approved by us," Matta said in a telephone interview.

The resolution will be presented to the full National Assembly at its next meeting, and Matta said that once it is approved, the lawmakers would send it to the governments involved in the deal, including Sweden, the Netherlands - where Nynas' parent company is located - and the United States.

Washington has been the Venezuelan opposition's most robust ally in its efforts to oust Maduro, a socialist who has overseen an economic collapse in the once-prosperous OPEC nation.

NOW READING   Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |



Ad

**Weeknights with Martha**
Choose from Delicious, Easy-to-Cook Recipes with Best-in-Class Ingredients

Marley Spoon

That helped Guaido, who is seeking to protect Venezuela's assets abroad from seizure by creditors or possible sale by cash-strapped Maduro, attain control of PDVSA assets such as U.S.-based refiner Citgo Petroleum.

But his representatives never managed to take control of Nynas.

"If they do not recognize Maduro's government, how are they going to recognize an administrative act by Maduro's government? It makes no sense," said Luis Stefanelli, another opposition lawmaker on the committee.

The U.S. Treasury Department, which enforces sanctions, declined to comment.

NOW READING   Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |

Reporting by Luc Cohen in New York; Additional reporting by Daphne Psaledakis in Washington; Editing by Peter Cooney

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |



**Motley Fool Issues Rare "All In" Buy Alert**

The Motley Fool



**Immediate openings: Remote roles at Fidelity.**

Fidelity Investments



**7 Mistakes You'll Make When Hiring a Financial Advisor**

smartasset



**Earn Up To $700 cash with required activities. Member FDIC >**

Citi Checking Offers



**Legend Who Bought AAPL at $1.42 Says Buy This Now**

Empire Financial Research

2/19/2021 Case 1:22-mc-00156-UNA Document 3-23 Filed 10/07/22 Page 7 of 10 PageID #: 236
Venezuela's congress to voice concern to U.S. over Nynas sanctions removal | Reuters

NOW READING   Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli... |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |



**Elon Musk says bitcoin is slightly better than holding cash**
19 Feb

**Researchers urge delay in administering Pfizer vaccine's second...**
18 Feb



**Word of flight to Cancun from frozen Texas lands Senator Ted Cruz...**
18 Feb



**Bitcoin hits one-week low as rising U.S. yields dent rally**
11 Jan



**Israeli study finds Pfizer vaccine 85% effective after first shot**
19 Feb

2/19/2021   Case 1:22-mc-00156-UNA   Document 3-23   Filed 10/07/22   Page 8 of 10 PageID #: 237
Venezuela's congress to voice concern to U.S. over Nynas sanctions removal | Reuters

NOW READING   Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris… | Rubbish bins set on fire, banks attacked in riots over jail… | U.S. trilli… |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |

**Fidelity is actively hiring for remote roles. Apply today.**
Sponsored by Fidelity Investments

**How Savvy Investors Pay for Healthcare in Retirement**
Sponsored by Fisher Investments

**Get Equity In Top Startups**
Sponsored by OurCrowd

**Legend Who Bought Amazon In 1998 Says: Now Is The Time**
Sponsored by True Market Insiders



**Institutional Investors: Income investing**
Sponsored by Aviva Investors



**The Highest Paying Cash Back Card Has Hit The Market**
Sponsored by WiseBread.com



**Why This Man is Warning Americans About the Pump in the Stock Market**
Sponsored by Weiss Ratings



**This Website Will Clear $100K Of Credit Card Debt If You Say Please**
Sponsored by MoneyWise



**Earn 15,000 Bonus Points after qualifying purchases.**
Sponsored by Citi Rewards+℠ Card

NOW READING    Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

Ukraine prosecutor says there are no plans to revisit Buris…
10 MINUTES AGO

Rubbish bins set on fire, banks attacked in riots over jail…
14 MINUTES AGO

U.S.
trilli
35 M



Australia to continue talks with Facebook's Zuckerberg over…
18 Feb

Sinovac vaccine works on UK, South African variants - Brazil institute
17 Feb



Canada vows to be next country to go after Facebook to pay for news
18 Feb



Philippine mobile wallet GCash raises over $175 million in new capital
11 Jan



AstraZeneca vaccine faces resistance in Europe after health workers…
18 Feb

NOW READING　Venezuela's congress to voice concern to U.S. over Nynas sanctions removal

| Ukraine prosecutor says there are no plans to revisit Buris... | Rubbish bins set on fire, banks attacked in riots over jail... | U.S. trilli |
|---|---|---|
| 10 MINUTES AGO | 14 MINUTES AGO | 35 M |



### Where should you invest $1,000 right now?
The Motley Fool



### Get up to 5% cash back to conquer your money goals
The Ascent



### The best online savings accounts of 2021 in one place
NerdWallet



### 6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet



### Legend Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research

---

Apps　Newsletters　Advertise with Us　Advertising Guidelines　Cookies　Terms of Use　Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.