# Exhibit 24

 World | Business | Markets | Breakingviews | Video | More 

COMMODITIES NEWS

JULY 9, 2020 / 5:15 PM / UPDATED 7 MONTHS AGO

# Venezuela's Guaidó names Citgo chief executive to board

By Reuters Staff 

(Reuters) - Venezuela's National Assembly speaker Juan Guaidó on Thursday named the chief executive of U.S. refiner Citgo Petroleum Corp to the board of directors of the company, a subsidiary of Venezuelan state company Petroleos de Venezuela.

FILE PHOTO: The PDVSA logo is seen on a tank at its refinery El Palito in Puerto Cabello, in the state of Carabobo, March 2, 2016. REUTERS/Marco Bello

Carlos Jordá, a former Citgo executive who rejoined the company last year after Venezuela's opposition wrested control of the subsidiary from President Nicolas Maduro's government, will replace Executive Vice President Rick Esser on the board, according to a document Guaidó sent to Venezuela's congress and seen by Reuters.

The United States and other countries recognize Guaidó as Venezuela's rightful leader based on his position as chief of the parliament, arguing Maduro rigged his 2018 re-election. That has paved the way for the opposition to take over some of Venezuela's overseas assets, namely Houston-based Citgo.

In a statement, Citgo confirmed the move and said the change would not affect Esser's role as executive vice president.

ADVERTISEMENT



Ad

**Learn from the world's best**
Discover the profound in the everyday. Start Billy Collins's online MasterClass.

MasterClass

Luisa Palacios, a former banker and consultant named Citgo board chairwoman by Guaidó last year, will remain in the role.

Esser, who joined Citgo in 1997, had been the last holdover on the board from the period before Guaidó's representatives took over in 2019. He ran the company's day-to-day operations for several months last year after the opposition ousted Asdrubal Chavez from the chief executive role.

"Mr. Esser had been appointed to CITGO's Board when he served as its senior executive in the absence of a President and CEO," Citgo said.

ADVERTISEMENT

Chavez, a cousin of the late leftist President Hugo Chavez, is now president of PDVSA.

The shift comes as multiple creditors are seeking to seize shares in Citgo's parent company in order to collect on debts owed by Venezuela or PDVSA. Washington has blocked these attempts under its sanctions regulations on PDVSA, part of its efforts to oust Maduro.

Marcelo Laprea and Pablo Jose Perez also joined Citgo's board, replacing Luis Urdaneta and Angel Olmeta.

Citgo owns three U.S. refineries with a combined capacity of 769,000 barrels per day.

Reporting by Luc Cohen in New York and Marianna Parraga in Mexico City; Editing by Dan Grebler and Daniel Wallis

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS

PAID PROMOTIONAL LINKS                                           Promoted by Dianomi



**Earn Up To $700 cash bonus with required activities. Member FDIC >**
Citi Limited-Time Offers



**Where should you invest $1,000 right now?**
The Motley Fool



**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset



**How Will You Protect Your Finances During A Collapse in 2021?**
Weiss Ratings



**The Highest Paying Cash Back Card Has Hit The Market**
WiseBread.com

**MORE FROM REUTERS**



Elon Musk says bitcoin is slightly better than holding cash
19 Feb



Researchers urge delay in administering Pfizer vaccine's second...
18 Feb



Word of flight to Cancun from frozen Texas lands Senator Ted Cruz...
18 Feb



Bitcoin hits one-week low as rising U.S. yields dent rally
11 Jan



Israeli study finds Pfizer vaccine 85% effective after first shot
19 Feb

PAID PROMOTIONAL LINKS                                                    Promoted by Dianomi

**Get Travel Perks And Earn 40K Bonus Miles With $0 Intro Annual Fee**
Sponsored by The United Explorer Card

**Motley Fool Issues Rare "All In" Buy Alert**
Sponsored by The Motley Fool

**Buying Tesla Stock? Wait Until You See This**
Sponsored by Empire Financial Research

**This Website Will Clear $100K Of Credit Card Debt If You Say Please**
Sponsored by MoneyWise

**The One Habit That Will Never Go Back to Normal**
Sponsored by Altimetry

**Get a 0% Intro APR on Purchases and Balance Transfers for 15 Months**
Sponsored by Citi Rewards+℠ Card



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
Sponsored by NerdWallet



**Why you need this card now if you plan on vacationing later**
Sponsored by IHG® Premier Credit Card



**Now hiring: Immediate remote roles at Fidelity.**
Sponsored by Fidelity Investments



**Signs The Collapse of 2021 Is On It's Way**
Sponsored by Weiss Ratings



**The best bank for your bucks: compare online savings accounts.**
Sponsored by NerdWallet

MORE FROM REUTERS


Australia to continue talks with Facebook's Zuckerberg over...
18 Feb

Sinovac vaccine works on UK, South African variants - Brazil institute
17 Feb


Canada vows to be next country to go after Facebook to pay for news
18 Feb


Philippine mobile wallet GCash raises over $175 million in new capital
11 Jan


AstraZeneca vaccine faces resistance in Europe after health workers...
18 Feb

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.