# Exhibit 25

11/9/21, 7:59 PM
Case 1:22-mc-00156-UNA  Document 3-25  Filed 10/07/22  Page 2 of 5 PageID #: 251
Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN/2015 - Noticiero Digital

Anuncios

Martes, noviembre 9, 2021

  

# Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN/2015

Política | julio 23, 2021 | 7:26 pm | Leonardo García.



Anuncios

La junta Ad Hoc de Pdvsa designada por el Gobierno interino de Juan Guaidó emitió este viernes 40 reportes y 114 observaciones en la rendición de cuentas ante la AN/2015, y reiteran que buscan "proteger y defender" activos de Pdvsa en el exterior.

Por medio de la red social Twitter, el Centro de Comunicación Nacional detalló lo siguiente: "La junta Ad Hoc de Pdvsa rindió cuenta ante la legítima Asamblea Nacional dando un desarrollo constante de auditorías con informes y gestión de las filiales. El departamento de Auditoría Interna completó y emitió 40 reportes con 114 observaciones".

11/9/21, 7:59 PM
Case 1:22-mc-00156-UNA Document 3-25 Filed 10/07/22 Page 3 of 5 PageID #: 252
Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN/2015 - Noticiero Digital

"El objetivo de la junta AD Hoc es proteger y defender los activos de Pdvsa en el exterior. Tuvieron apoyo de la Procuraduría Especial de la República y se hizo un adelanto de gestiones posibles para contar con los

Artículos Destacados

LEER MÁS

*Fernando Gerbasi: otra víctima de Maduro - Noticiero Digital*

**Pese a "amenazas y persecución del régimen", junta Ad Hoc de Pdvsa logra "preservar intereses" de la nación: Guaidó**

En torno a esto, el presidente interino designado por la AN/2015, Juan Guaidó, expresó que "agradezco la labor de los miembros de las juntas directivas y su compromiso con el país, porque pese a las amenazas y las persecuciones del régimen, logran preservar los intereses de la nación".

"El régimen saqueó durante años la industria petrolera y se refleja hoy en la baja producción. Adicionalmente, vimos como usaron empresas pequeñas para la corrupción del capital venezolano", recordó Guaidó.

Mientras que el presidente de la junta Ad Hoc de Pdvsa, Horacio Medina, señaló que "desde la Junta Ad Hoc Pdvsa, hemos demostrado con hechos palpables la clara responsabilidad y transparencia en todo lo que ha significado la defensa de los activos, que es nuestro principal objetivo".

Anuncios

"La pasada gestión dejó una deuda de [...], [...] se iba a perder antes que asumiera el Gobierno Interino. Ya estaba perdida y la actual gestión del Gobierno Interino está haciendo todo lo posible para rescatarla", reiteró Medina.

11/9/21, 7:59 PM
Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN 2015 - Noticiero Digital

Case 1:22-mc-00156-UNA Document 3-25 Filed 10/07/22 Page 4 of 5 PageID #: 253

La junta AD Hoc de PDVSA rindió cuenta ante la legítima #AsambleaVE dando un desarrollo

— Centro de Comunicación Nacional (@Presidencia_VE) July 23, 2021

Se hizo un continuo esfuerzo de los miembros de la Junta Directiva en la defensa legal de los activos y a pesar de la pandemia y los huracanes, CITGO arrojó buenos resultados con récords en los indicadores de seguridad y medioambiente. pic.twitter.com/ODINzYZ64C

— Centro de Comunicación Nacional (@Presidencia_VE) July 23, 2021

Horacio Medina: "Desde la Junta Ad Hoc PDVSA, hemos demostrado con hechos palpables la clara responsabilidad y transparencia en todo lo que ha significado la defensa de los activos, que es nuestro principal objetivo". pic.twitter.com/8qDeE6LVTu

— Centro de Comunicación Nacional (@Presidencia_VE) July 23, 2021

Pdte. (E) de Venezuela @jguaido: "El régimen saqueó durante años la industria petrolera y se refleja hoy en la baja producción. Adicionalmente, vimos como usaron empresas pequeñas para la corrupción del capital venezolano". pic.twitter.com/lGaPArS2Oh

— Centro de Comunicación Nacional (@Presidencia_VE) July 23, 2021

#Junta Ad Hoc de Pdvsa   #Pdvsa   #Rendición de cuentas

Anuncios

vaya al foro

**Anterior**
Reportan más de una docena de muertes en hospital en Cumaná, tras falla del sistema de oxígeno: Ariana Agreda

**Siguiente**
No somos chavistas, dice Pedro Castillo tras recibir credenciales de presidente

Leonardo García

Noticias relacionadas                                                           Más del autor

11/9/21, 7:59 PM
Case 1:22-mc-00156-UNA Document 3-25 Filed 10/07/22 Page 5 of 5 PageID #: 254
Junta ad hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN 2015 - Noticiero Digital

[Reuters: Pdvsa importa crudo condensado para impulsar mezcla de petróleo](#)

[El País: Exdirector financiero de Pdvsa, Eudomario Carruyo, recibí $30 millones en sobornos](#)

### La hija de Bárbara Mori es probablemente la mujer más bella del momento
Doctor Report | Patrocinado

### Del primero al último: los amores que pasaron por la vida de Jennifer Lopez
BridesBlush | Patrocinado

### New Senior Apartments in Atlanta (Take A Look At The Prices)
Senior Living | Search Ads | Patrocinado

### [Fotos] La vida de Mario Moreno detrás de las escenas
Lifestyle Latino | Patrocinado

### 20 Odd Hells Angels Rules, Rule 10 Is Mandatory
Post Fun | Patrocinado

### 40 cosas cotidianas que Kate Middleton no tiene permitido hacer
Lifestyle Latino | Patrocinado



©2021 Noticiero Digital
Publicidad: ventas@noticierodigital.com
Redacción: redaccion.noticierodigital@gmail.com
Foro: moderador@noticierodigital.com
Rif: J-31487737-2

  

diseño: comunicación central
desarrollo: daniel viera