Exhibit 26

**PDVSA Ad Hoc Board Issued 40 Reports and 114 Observations on Rendering Accounts before National Assembly / 2015**

Politics | July 23, 2021 | 7:26 pm | Leonardo García.

[emblem] **PDVSA**
Ad Hoc Administrative Board of
**Petróleos de Venezuela, S.A.**

The PDVSA Ad Hoc Board appointed by the Interim Government of Juan Guaidó issued 40 reports and 114 observations this Friday on rendering accounts before the AN [National Assembly] / 2015 and they reiterate that they seek to "protect and defend" PDVSA assets overseas.

On the Twitter social media network, the National Communications Center detailed the following: "The Ad Hoc Board of PDVSA rendered accounts before the legitimate National Assembly providing ongoing audits with reports and management of the subsidiaries. The Internal Audit Department completed and issued 40 reports with 114 observations."

"The objective of the Ad Hoc Board is to protect and defend the assets of PDVSA overseas. They had the support of the Special Prosecutor's Office of the Republic and possible steps were anticipated to get resources in order to implement the defense of the assets," they add.

### Despite "threats and persecution by the regime," PDVSA's Ad Hoc Board manages to "preserve interests" of the nation: Guaidó

In this regard, the interim president appointed by the AN / 2015, Juan Guaidó, said that "I appreciate the work of the members of the boards of directors and their commitment to the country, because despite the threats and persecution by the regime, they manage to preserve the interests of the nation."

"For years, the regime plundered the oil industry and this is reflected today in its low production. Additionally, we saw how they used small companies to corrupt Venezuelan capital," recalled Guaidó.

Meantime, the chairman of the PDVSA Ad Hoc Board, Horacio Medina, said that, "On the PDVSA Ad Hoc Board, we have demonstrated clear responsibility and transparency with palpable facts in everything involved in the defense of assets, which is our main objective."

"The past administration left a debt of nearly 400 million dollars; Citgo was going to be lost before the interim government took office. And it was already lost, and the current management by the Interim Government is doing everything possible to rescue it," reiterated Medina.

[Tweet:]
**National Communications Center**
@Presidencia_VE [Venezuela Presidency]
The PDVSA Ad Hoc Board rendered accounts before the legitimate #AsambleaVE [Venezuelan National Assembly] providing ongoing audits with reports and management of the subsidiaries. The Internal Audit Department completed and issued 40 reports with 114 observations.

**RENDERING OF ACCOUNTS BY PDVSA AD HOC BOARD OF DIRECTORS**

- Development of ongoing audits with management reports and rendering accounts on the subsidiaries.
- The Internal Audit Department completed and issued 40 audit reports with 114 observations / recommendations. As of June 30, the CITGO management has completed 104 of the 114 recommendations, with 10 observations (9%) pending with future implementation dates.
- The strengthening of corporate governance, internal controls, ethics, and regulatory compliance was achieved.

11:57 pm July 23, 2021

Share this Tweet

[Tweet:]
**National Communications Center** @Presidencia_VE July 23, 2021
In response to @Presidencia_VE
The objective of the Ad Hoc board is to protect and defend PDVSA's assets overseas. They had the support of the Office of the Special Prosecutor of the Republic and possible steps were anticipated in order to get resources to implement the defense of the assets.

**RENDERING OF ACCOUNTS BY PDVSA AD HOC BOARD OF DIRECTORS**

- The objective is to protect and defend PDVSA's assets overseas.
- Weekly meetings were held, decisions were made by consensus, with periodic reports on resource administration in 2020 and monitoring legal cases with the submission of the reports.
- Support from Office of the Special Prosecutor of the Republic.
- Anticipation of possible steps to get resources in order to implement the defense of assets and the National Wealth.

[Tweet:]
**National Communications Center**
@Presidencia_VE
A continuous effort was made by the members of the Board of Directors for the legal defense of the assets and, despite the pandemic and the hurricanes, CITGO produced good results with records in the safety and environmental indicators.

**ACHIEVEMENTS OF THE PDVSA AD HOC BOARD OF DIRECTORS**

- Continuous efforts made by the members of the Board of Directors in the legal defense of the assets of PDV Holding, Inc. achieved the suspension or reduction of legal actions in the courts.
- CITGO Aruba Holding eliminated obligations by mutual agreement with the Government of Aruba and with the Aruba Refinery.

- PDV Holding, Inc. was released from the corporate guarantee of US$150,000,000 associated with the execution of the Aruba Project.
- Despite the pandemic and the hurricanes, CITGO produced good results, with records in safety and environmental indicators.
- A US$ 400 million increase in the bond issue was achieved, taking advantage of demand.
- Reduction of 8 million barrels in inventory, increasing liquidity by US$ 488 million.

11:57 pm July 23, 2021

Consult most recent information on COVID-19 at…

[Tweet:]
**National Communications Center** @Presidencia_VE July 23, 2021
In response to @Presidencia_VE
Interim President of Venezuela @jguaido: "I appreciate the work of the members of the boards of directors and their commitment to the country, because despite the threats and persecution by the regime, they manage to preserve the interests of the nation."

[picture. Juan Guaidó]

"I appreciate the work of the members of the boards of directors and their commitment to the country, because despite the threats and persecution by the regime, they manage to preserve the interests of the nation."

**Juan Guaidó**
Interim President of Venezuela
and of the National Assembly

[Tweet:]
**National Communications Center**
@Presidencia_VE
Horacio Medina: "From the PDVSA Ad Hoc Board, we have demonstrated with palpable facts the clear responsibility and transparency in everything that the defense of assets has implied, which is our main objective."

[picture: Horacio Medina]

"On the PDVSA Ad Hoc Board, we have demonstrated clear responsibility and transparency with palpable facts in everything involved in the defense of assets, which is our main objective."

**Horacio Medina**
Chairman of the
PDVSA Ad Hoc Board of Administration

11:57 pm July 23, 2021

Share this Tweet

[Tweet:]
**National Communications Center** @Presidencia_VE July 23, 2021
In response to @Presidencia_VE

Horacio Medina: "The past administration left a debt of nearly 400 million dollars; CITGO was going to be lost before the Interim Government took office. It was already lost, and the current management by the Interim Government is doing everything possible to rescue it."

[picture: Horacio Medina]

"The past administration left a debt of nearly 400 million dollars; CITGO was going to be lost before the Interim Government took office. It was already lost, and the current management by the Interim Government is doing everything possible to rescue it. I feel very proud that this was taken on responsibly and taking into account the risks in order to make progress on management."

**Horacio Medina**
Chairman of the
PDVSA AD Hoc Board of Directors

[Tweet:]
**National Communication Center**
@ Presidencia_VE
Interim President of Venezuela @jguaido: "For years, the regime plundered the oil industry and this is reflected today in its low production. Additionally, we saw how they used small companies to corrupt Venezuelan capital."

[picture: Juan Guaidó]

"For years, the regime plundered the oil industry and this is reflected today in its low production. Additionally, we saw how they used small companies to corrupt Venezuelan capital. The objective of the Interim Government has been to recover democracy, as well as protect the assets of the nation so as to prevent the dictatorship from robbing us."

**Juan Guaidó**
Interim President of Venezuela
and of the National Assembly

11:57 pm July 23, 2021

Share this Tweet

#Junta Ad Hoc Pdvsa [PDVSA Ad Hoc Board] #Pdvsa #Rendición de cuentas [Rendering of accounts]

**go to the forum**

_____

**< Back**
More Than a Dozen Deaths Reported in Hospital in Cumana, after Failure of Oxygen System: Ariana Agreda

**Next >**
We Are Not Followers of Chávez, Says Pedro Castillo after Receiving Credentials from President

[emblem] **Leonardo García**



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Junta Ad Hoc de Pdvsa emitió 40 reportes y 114 observaciones en rendición de cuentas ante AN2015"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: August 13, 2021

_____
Wolf Markowitz

_____
Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

