Exhibit 28

Asamblea Nacional

Caracas - Venezuela

abril 26 2021 / 12:22 p. m.



**Acuerdos aprobados en la plenaria en las distintas áreas de interés nacional**

# ACUERDO QUE AUTORIZA EL USO DE RECURSOS DE PETRÓLEOS DE VENEZUELA, S.A. (PDVSA) PARA LA DEFENSA DE SUS ACTIVOS EN EL EXTRANJERO

DESCARGAR

**LA ASAMBLEA NACIONAL**

**DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA**

En defensa de la Constitución, la Democracia y el Estado de Derecho

**ACUERDO QUE AUTORIZA EL USO DE RECURSOS DE PETRÓLEOS**
**DE VENEZUELA, S.A. (PDVSA) PARA LA DEFENSA DE SUS ACTIVOS EN EL EXTRANJERO**

**CONSIDERANDO**

Que de conformidad con el artículo 36 del Estatuto que rige la Transición a la Democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela, no es posible utilizar los activos recuperados para sufragar gastos públicos, salvo en casos de urgente necesidad, previa autorización expresa y motivada por parte de esta Asamblea Nacional; según los principios de control parlamentario establecidos en el referido Estatuto y en el artículo 187, numeral 3, de la Constitución de la República Bolivariana de Venezuela;

**CONSIDERANDO**

Que los regímenes de Hugo Chávez y Nicolás Maduro legaron una deuda pública externa que se traduce en diversas obligaciones y reclamaciones privadas en contra del sector público, y especialmente, en contra de PDVSA, todo lo cual coloca en riesgo activos indispensables para la atención de la emergencia humanitaria compleja y para la reconstrucción económica del país;

**CONSIDERANDO**

Que sin perjuicio de la voluntad del legítimo Gobierno de Venezuela de iniciar procesos consensuados y ordenados para la reconciliación y renegociación de esas obligaciones y reclamaciones del sector privado, podrá ser necesario asumir la defensa judicial y extra judicial de PDVSA para la debida protección de sus activos y la defensa de la legalidad de las operaciones de crédito público legadas de los regímenes de Hugo Chávez y Nicolás Maduro Moros;

**CONSIDERANDO**

Que PDVSA tiene disponibilidad financiera para el uso de recursos depositados en entidades del sistema financiero de los Estados Unidos de América, los cuales pueden ser orientados a atender las necesidades más urgentes y prioritarias para asegurar la debida defensa de sus activos.

**ACUERDA**

**PRIMERO**: Autorizar a PDVSA, por una sola vez, el uso de las cantidades de dinero disponibles actualmente a su favor en Estados Unidos de América hasta por dos millones de dólares americanos (USD 2.000.000,00), única y exclusivamente orientados al pago de honorarios profesionales necesarios para atender las necesidades más urgentes y prioritarias asociadas a la defensa extra judicial y judicial de sus activos.

**SEGUNDO**: Autorizar a la Oficina del Procurador Especial de la República Bolivariana de Venezuela para que, en el marco del artículo 15, literal b, del Estatuto que rige la Transición a la Democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela; y de la Ley Orgánica de la Procuraduría General de la República, previa autorización de la junta ad-hoc de PDVSA, pueda suscribir los contratos necesarios para cumplir con el objetivo identificado en el presente Acuerdo. A tales efectos, deberá contarse con la autorización previa de la Comisión Permanente de Finanzas y Desarrollo Económico de la Asamblea Nacional, que velará por la legalidad, transparencia y racionalidad de la contratación, de acuerdo con los principios de control fiscal definidos en la Constitución de la República Bolivariana de Venezuela y la Ley Orgánica de la Contraloría General de la República Bolivariana de Venezuela.

**TERCERO**: Establecer que la Oficina del Procurador Especial, rinda cuenta periódicamente a las Comisiones Permanentes de Finanzas y Desarrollo Económico y de Contraloría de la Asamblea Nacional, sobre las contrataciones realizadas, los pagos efectuados y las resultas de todas las gestiones judiciales y extrajudiciales de protección de los activos de PDVSA.

Dado, firmado y sellado en el Palacio Federal Legislativo, sede de la Asamblea Nacional de la República Bolivariana de Venezuela, en Caracas, el primer día del mes de octubre de dos mil diecinueve. Años 209º de la Independencia y 160º de la Federación.

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

Presidente

| | |
|---|---|
| **EDGAR JOSÉ ZAMBRANO RAMÍREZ** | **IVÁN STALIN GONZÁLEZ MONTAÑO** |
| Primer Vicepresidente | Segundo Vicepresidente |
| **EDINSON DANIEL FERRER ARTEAGA** | **JOSÉ LUIS CARTAYA PIÑANGO** |
| Secretario | Subsecretario |