Exhibit 29

National Assembly

Caracas – Venezuela
April 26th, 2021 / 12:22 p.m.



*The National Assembly*
*LEGISLATIVE POWER*
*Bolivarian Republic of Venezuela*

**Agreements approved in the plenary session in various areas of national interest**

**AGREEMENT THAT AUTHORIZES THE USE OF RESOURCES OF PETRÓLEOS DE VENEZUELA, S. A. (PDVSA) TO DEFEND ITS ASSETS ABROAD**

"Download"

### THE NATIONAL ASSEMBLY

### OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

In the defense of the Constitution, Democracy, and the Rule of Law

**AGREEMENT THAT AUTHORIZES THE USE OF RESOURCES OF PETRÓLEOS DE VENEZUELA, S. A. (PDVSA) TO DEFEND ITS ASSETS ABROAD**

http://www.asambleanacional.gob.ve/actos/detalle/acuerdo-que-autoriza-el-uso-de-recursos-de-petroleos-de-venezuela-sa-pdvsa-para-la-defensa-de-sus-activos-en-el-extranjero   [04/26/2021 - 17:24:29]

National Assembly

### WHEREAS CLAUSE

That, according to Article 36 of the Statute over the Transition to Democracy to re-establish the validity of the Constitution of the Bolivarian Republic of Venezuela, it is not possible to use the recovered assets to support public expenditure, except in cases of urgent necessity and subject to the express and justified authorization of this National Assembly, according to the principles of parliamentary control established in this Statute and Article 187(3) of the Constitution of the Bolivarian Republic of Venezuela.

### WHEREAS CLAUSE

That the regimes of Hugo Chávez and Nicolás Maduro have produced an external public debt that results in various private obligations and claims against the public sector and, in particular, against PDVSA, all of which jeopardizes assets essential to dealing with the country's complex humanitarian crisis and economic reconstruction.

### WHEREAS CLAUSE

That, without prejudice to the intentions of the legitimate Government of Venezuela to start agreed and orderly processes to reconcile and renegotiate those obligations and claims from the private sector, it may be necessary to conduct the judicial and out-of-court defense of PDVSA in order to provide due protection for its assets and defend the legality of the public credit transactions associated with the regimes of Hugo Chávez and Nicolás Maduro Moros.

### WHEREAS CLAUSE

That PDVSA has the financial readiness to use resources deposited with entities in the financial system of the USA and they may be directed to meet the most urgent and priority needs to ensure the due defense of its assets.

### IT AGREES

**ONE**: To authorize PDVSA, on a one-off basis, to use the sums of money currently available and in its favor in the USA, up to two million US dollars ($US 2,000,000.00), only and exclusively to pay the professional fees required to meet the most urgent and priority needs associated with the judicial and out-of-court defense of its assets.

**TWO**: To give authorization to the Special Attorney's Office of the Bolivarian Republic of Venezuela so that, within the sense of Article 15(b) of the Statute over the Transition to Democracy to re-establish the validity of the Constitution of the Bolivarian Republic of Venezuela and the Organic Act of the Attorney General's Office, following the authorization of the *ad hoc* committee of PDVSA, it may sign the contracts required to meet the objective identified in this Agreement. To that end, the prior authorization will be needed of the Permanent Finance and Economic Development Commission of the National Assembly, which will ensure the legality, transparency, and rational nature of the contracting, based on the principles of fiscal control defined in the Constitution of the Bolivarian Republic of Venezuela and the Organic Act of the Comptroller General's Office of the Bolivarian Republic of Venezuela.

**THREE**: To establish that the Special Attorney's Office will provide a periodic report to the Permanent Finance, Economic Development, and Comptroller Commissions of the National

http://www.asambleanacional.gob.ve/actos/detalle/acuerdo-que-autoriza-el-uso-de-recursos-de-petroleos-de-venezuela-sa-pdvsa-para-la-defensa-de-sus-activos-en-el-extranjero   [04/26/2021 - 17:24:29]

National Assembly

Assembly on the contracting, the payments made and the outcomes of all the judicial and out-of-court initiatives to protect PDVSA's assets.

Given, signed, and stamped at the Federal Legislative Building, on the premises of the National Assembly of the Bolivarian Republic of Venezuela, in Caracas, on the first of October in the year two thousand and nineteen - the 209th year since Independence and the 160th year of the Federation.

**JUAN GERARDO GUAIDÓ MÁRQUEZ**

President

| **EDGAR JOSÉ ZAMBRANO RAMÍREZ** | **IVÁN STALIN GONZÁLEZ MONTAÑO** |
|---|---|
| First Vice-President | Second Vice-President |
| **EDINSON DANIEL FERRER ARTEAGA** | **JOSÉ LUIS CARTAYA PIÑANGO** |
| Secretary | Sub-Secretary |

Search:

http://www.asambleanacional.gob.ve/actos/detalle/acuerdo-que-autoriza-el-uso-de-recursos-de-petroleos-de-venezuela-sa-pdvsa-para-la-defensa-de-sus-activos-en-el-extranjero   [04/26/2021 - 17:24:29]



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Agreement that Authorizes the Use of Resources of Petróleos de Venezuela, S.A. (PDVSA) to Defend its Assets Abroad"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 28, 2021

_____
Wolf Markowitz

_____
Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

