# Exhibit 30

11/9/21, 8:10 PM
Venezuela's Maduro says Citgo is key point in opposition dialogue | Reuters
Case 1:22-mc-00156-UNA    Document 3-39    Filed 10/07/22    Page 2 of 10 PageID #: 277



World | Business | Markets | Breakingviews | Video | More 

ENERGY

MAY 14, 2021 / 8:00 PM / UPDATED 6 MONTHS AGO

# Venezuela's Maduro says Citgo is key point in opposition dialogue

By Reuters Staff

CARACAS, May 14 (Reuters) - Venezuelan President Nicolas Maduro said the opposition's continued control of Venezuelan-owned U.S. refiner Citgo would be a key point in any eventual dialogue with opponents to resolve the country's longstanding political crisis.

Maduro earlier this week said he was willing to sit down with opposition leader Juan Guaido with the involvement of the Norwegian government or other mediators, after Guaido floated the idea of the progressive relaxation of U.S. sanctions to incentivize the government to hold free and fair elections.

In a state television address, Maduro said the first point of discussion in any dialogue would be for the opposition to "renounce the path of coups, interventionism and to call for invasions of our country."

ADVERTISEM

Thousands rally in cold, damp Glasgow for COP26 climate action


Ad

Google Fiber

2 Gig internet has arrived.

The fastest internet in your area is here.

**Google Fiber 2 Gig internet**
Your internet. Even faster. With Wi-Fi 6 included.

Google Fiber

"The second point is that they disclose all the resources they gave to the U.S. government to conspire, and return all the bank accounts and return Citgo and Monomeros to the hands of the Venezuelan state," Maduro said. Monomeros is a Venezuelan-owned petrochemical company in Colombia also under opposition control.

Citgo passed to opposition control in 2019 after the United States recognized Guaido, the speaker of the opposition-held National Assembly, as Venezuela's rightful leader and sanctioned state oil company PDVSA, Citgo's parent, as part of its bid to oust Maduro.

Citgo, the eighth-largest U.S. refiner, is Venezuela's crown jewel overseas asset. Its three refineries have a capacity of 750,000 barrels per day (bpd).

A spokesman for Guaido declined to comment. The opposition and Washington call Maduro, who has overseen an economic crisis, a dictator who rigged his 2018 re-election.

Thousands rally in cold, damp Glasgow for COP26 climate action

Guaido called on the government to convoke presidential and parliamentary elections with international observation, after his coalition boycotted recent votes in 2018 and 2020. Venezuela has gubernatorial and mayoral elections scheduled for Nov. 21.

"If they want elections, there are elections on Nov. 21," Maduro said on Friday. "They should sign their candidates up and we will go head to head for votes like we did in earlier years." (Reporting by Deisy Buitrago and Luc Cohen; Editing by Sam Holmes)

Our Standards: The Thomson Reuters Trust Principles.

**MORE FROM REUTERS**



Thousands rally in cold, damp Glasgow for COP26 climate action

PAID PROMOTIONAL LINKS                                           Promoted by Dianomi



### RMDs and Taxes
Charles Schwab



### The Choice Is Yours With 2021's Best Cash Back Credit Cards
NerdWallet



### We're hiring remote licensed professionals at Fidelity.
Fidelity Investments



### The story of transportation fuels
S&P Global Platts



### 7 Secrets People Who Retire Comfortably Know About Financial Advisors
smartasset

Thousands rally in cold, damp Glasgow for COP26 climate action

11/9/21, 8:10 PM
Venezuela's Maduro says Citgo is key point in opposing dialogue | Reuters
Case 1:22-mc-00156-UNA    Document 3-39    Filed 10/07/22    Page 6 of 10 PageID #: 281

Sponsored Video by:



We are pleased to sponsor ASLI & women leading STEM innovation

Find out more

Video by Dianomi

Thousands rally in cold, damp Glasgow for COP26 climate action

## MORE FROM REUTERS



**Bitcoin hits one-week low as rising U.S. yields dent rally**
11 Jan



**TREASURIES-Yields fall, curve flattens after strong U.S. jobs data**
05 Nov



**Philippine mobile wallet GCash raises over $175 million in new capital**
11 Jan

**GE to split into three companies; shares jump 15%**
09 Nov



**Islamic State violence dents Taliban claims of safer Afghanistan**
09 Nov

Thousands rally in cold, damp Glasgow for COP26 climate action



Thousands rally in cold, damp Glasgow for COP26 climate action

## MORE FROM REUTERS



**Fact Check-Poster advertising COVID-19 vaccines and children organ...**
08 Nov

**French health authority advises against Moderna COVID-19 vaccine...**
09 Nov


**Miller, other top Trump White House aides subpoenaed by Jan. 6...**
09 Nov


**Analysis: Cancel your weekends! Bitcoin doesn't rest, and neither...**
11 Jan


**China to launch moon probe, seeking first lunar rock retrieval...**
22 Nov

Thousands rally in cold, damp Glasgow for COP26 climate action

11/9/21, 8:11 AM
Venezuela's Maduro says Citgo is key point in opposition dialogue | Reuters
Case 1:22-mc-00156-UNA    Document 3-30   Filed 10/07/22   Page 10 of 10 PageID #: 285

Thousands rally in cold, damp Glasgow for COP26 climate action

| Apps | Newsletters | Advertise with Us | Advertising Guidelines | Cookies | Terms of Use | Privacy |



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.