# Exhibit 31

11/9/21, 8:27 PM
Case 1:22-mc-00156-UNA   Document 3-31   Filed 10/07/22   Page 2 of 12 PageID #: 287
Venezuelan opposition reshuffles boards overseeing U.S. refiner Citgo | Reuters





June 2, 2021 5:27 PM EDT Last Updated 6 months ago

Energy

# Venezuelan opposition reshuffles boards overseeing U.S. refiner Citgo

Reuters

2 minute read

    



https://www.reuters.com/business/energy/venezuelan-opposition-reshuffles-citgo-pdvsa-ad-hoc-boards-2021-06-01/
1/11

11/9/21, 8:27 PM
Venezuelan opposition reshuffles boards overseeing Citgo | Reuters
Case 1:22-mc-00156-UNA   Document 3-31   Filed 10/07/22   Page 3 of 12 PageID #: 288



Citgo Petroleum refinery is pictured in Sulphur, Louisiana, U.S., June 12, 2018. REUTERS/Jonathan Bachman

June 1 (Reuters) - Venezuela's political opposition on Tuesday approved the replacement of members of the boards overseeing Citgo Petroleum Corp as factions in the movement led by Juan Guaido try to gain greater influence over Houston-based oil refiner.

Citgo split from Venezuelan state-run oil company PDVSA in 2019 after the U.S. imposed sanctions intended to oust Venezuela's President Nicolas Maduro. Then congress chief Juan Guaido appointed new boards and won U.S. court recognition of their authority over the refining subsidiary.

Tuesday's shakeup introduced five new appointees tied to different opposition parties, some of them the sons of former PDVSA executives. The changes were first made by an ad-hoc board of directors for PDVSA, and later authorized by the National Assembly.

Chief Executive Carlos Jorda was replaced at the boards of Citgo Petroleum and parent company Citgo Holding. Citgo operating chief Edgar Rincon also stepped down from the board of Citgo Holding, according to a statement by the Guaido-led assembly.

Jorda and Rincon remain in their executive roles, a Citgo spokeswoman said.

The National Assembly statement did not provide a reason for the moves, which come after several previous management changes at the company. Citgo has lost hundreds of million dollars over six of the last eight quarters amid pandemic-related demand declines and storm shutdowns.

Factions within the National Assembly have been fighting for influence at Citgo since last year. Some lawmakers have sought to require Citgo pay dividends to holding companies Citgo Holding and PDV Holding, according to people familiar with the matter.

Citgo's current administration has never been opposed to paying dividends to its shareholder, the company said in a statement.

"Citgo continues working to improve profitability, control expenses and reduce costs in order to make the company an even better financial partner to our stakeholders and enable us to pay

11/9/21, 8:27 PM
Venezuelan opposition reshuffles boards overseeing former Citgo | Reuters
Case 1:22-mc-00156-UNA Document 3-31 Filed 10/07/22 Page 4 of 12 PageID #: 289

dividends to our shareholder as soon as we are financially and legally able to do so," the statement added.

Venezuelan businessman Luis Giusti Lugo, the son of a former PDVSA president, will replace CEO Jorda on the Citgo Petroleum board, while Ernesto Hernández Bolívar will replace Pablo Pérez on the same board, the statement said.

Samuel Wilhelm Belloso, the son of a former PDVSA executive, and Elio Tortolero Arévalo are joining the Citgo Holding board, replacing Jorda and COO Rincon. Hernandez Bolívar will fill the seat vacated on that board by Luisa Palacios in October. **read more**

Wilhelm Belloso and Andrés Arvelo Guerrero also joined the PDV Holding ad-hoc board that oversees Citgo.

Reporting by Luc Cohen and Marianna Parraga Editing by Marguerita Choy

Our Standards: **The Thomson Reuters Trust Principles.**

### More from Reuters



Sydney Airport agrees $17.5 bln takeover

Travelers, airlines cheer as U.S. flights resume

SoftBank hit by $10 bln Vision Fund loss

Coty shares surge on upbeat outlook

Winners from the U.S. infrastructure bill

**Read Next**

Autos & Transportation
**China Evergrande EV unit plans share sale to fund vehicle production**
8:15 PM EST

Energy                                                                                                  7:15 PM EST
U.S. ambassador eyes solution on Mexico power bill, underscores U.S. investment

Sustainable Business                                                              7:00 PM EST
GE energy spinoff aims to capture interest in renewables

Energy                                                                                        6:08 PM EST
Southwest Gas asks shareholders to reject Carl Icahn's tender offer



Sign up for our newsletter

Subscribe for our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Sign up

## Sponsored Content                                    Dianomi

**7 Mistakes You'll Make When Hiring a Financial Advisor**
Sponsored by Fisher Investments

**Card is now offering unlimited 2% cash rewards**
Sponsored by The Ascent

**Enjoy our low intro APR on purchases and balance transfers**
Sponsored by Citi Custom Cash℠ Card

**Backdoor Roth IRA FAQs**
Sponsored by Charles Schwab

### Energy

Energy · 5:49 AM EST

## Oil spare capacity to diminish as jet demand returns, Aramco says

Global oil spare production capacity could diminish next year as air passengers return to the skies, removing an important cushion that the market is currently enjoying, Saudi Aramco Chief Executive Officer Amin Nasser said on Tuesday.

Energy

**Carbon copy? COP26 confronts familiar roadblocks on market rules**

10:05 AM EST

Energy

**Explainer: Oil prices rise, with few U.S. government brakes available**

3:18 PM EST

Energy

**Oil rises on higher demand forecasts, tight supplies**

3:11 PM EST

Energy

**White House: U.S. is not considering shutting down Enbridge's Line 5 pipeline**

4:19 PM EST

Sponsored Content — Dianomi

Why nonmetallics are the oil and gas industry's 21st century solution

Earn cash with a new Citigold® relationship and required activities.
Sponsored by EARN UP TO

0% APR Card Offer Now Lasts until 2023
Sponsored by The

Earn $200 in cash back after qualifying purchases
Sponsored by Citi Custom Cash℠ Card

Sponsored Content — Dianomi

Best trading technology + $0 commission on equities & options
Sponsored by

NerdWallet's Favorite Online Banks, Minus the Overhead Fees
Sponsored by NerdWallet

11 Credit Cards You Should Not Ignore If You Have Excellent Credit
Sponsored by

The story of hydrogen price assessments
Sponsored by S&P Global Platts

Sponsored Content — Dianomi

7 Secrets People Who Retire Comfortably

Recycling carbon to make stronger concrete

3 Reasons Runaway Inflation is Causing

Retirement Portfolio Plan

11/9/21, 8:27 PM
Venezuelan opposition reshuffles boards overseeing Citgo, PDVSA | Reuters
Case 1:22-mc-00156-UNA   Document 3-31   Filed 10/07/22   Page 9 of 12 PageID #: 294

Everything You Need to Know About Financial Advisors
Sponsored by fisher investments

concrete
Sponsored by Aramco

Americans to Panic
Sponsored by Paradigm Direct

Sponsored by Charles Schwab

Latest

Home

Media

Videos

Pictures

Graphics

About Reuters

About Reuters

Careers

Reuters News Agency

Brand Attribution Guidelines

Reuters Leadership

Reuters Fact Check

Reuters Diversity Report

Stay Informed

Download the App

Newsletters

Browse

World

Business

Legal

Markets

Breakingviews

Technology

Investigations

Lifestyle

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

Thomson Reuters Products

### Westlaw
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

### Onesource
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

### Checkpoint
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

### Eikon
Information, analytics and exclusive news on financial markets - delivered in an intuitive desktop and mobile interface.

### Refinitiv Data Platform
Access to real-time, reference, and non-real time data in the cloud to power your enterprise.

### World-Check
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**   **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**   **Terms of Use**   **Privacy**   **Corrections**   **Site Feedback**

© 2021 Reuters. All rights reserved

11/9/21, 8:27 PM
Venezuelan opposition reshuffles boards overseeing US refiner Citgo | Reuters
Case 1:22-mc-00156-UNA   Document 3-31   Filed 10/07/22   Page 12 of 12 PageID #: 297