# Exhibit 32

An official website of the United States Government Here's how you know

Travelers

Visas

Home > ... > Tareck Zaidan El Aissami Maddah– New Target

# Tareck Zaidan El Aissami Maddah– New Target

NARCOTICS REWARDS PROGRAM: WANTED

BUREAU OF INTERNATIONAL NARCOTICS AND LAW ENFORCEMENT AFFAIRS

MARCH 26, 2020



**NAME:** Tareck Zaidan El Aissami Maddah
**ALIASES:** Tarek El Aissami, Tareck El Aissami
**DOB:** September 12, 1974
**POB:** El Vigía, Merida, Venezuela
**NATIONALITY:** Venezuelan
**CITIZENSHIP:** Venezuelan
**HEIGHT:** 6'02"
**WEIGHT:** 190 lbs

**HAIR COLOR:** Black/Grey

**EYE COLOR:** Brown

**SCARS, TATTOOS, OR MARKS:** Unknown

Tareck Zaidan El Aissami Maddah is the former Executive Vice President of Venezuela and most recently serves as the Minister of Industry and National Production in the illegitimate Maduro regime. He previously served as Governor of Venezuela's Aragua state from 2012 to 2017, as well as Venezuela's Minister of Interior and Justice starting in 2008. El Aissami facilitated shipments of narcotics from Venezuela, to include control over planes that left from a Venezuelan air base and drug routes through the ports in Venezuela. In his previous positions, he oversaw or partially owned narcotics shipments of more than 1,000 kilograms from Venezuela on multiple occasions, including those with the final destinations of Mexico and the United States.

On February 13, 2017, the U.S Department of the Treasury's Office of Foreign Asset Controls (OFAC) designated El Aissami as a specially designated narcotics trafficker (SDNT) pursuant to the Kingpin Act for playing a significant role in international narcotics trafficking.

On March 1, 2019, a Federal Grand Jury sitting in the Southern District of New York (SDNY) returned an indictment charging El Aissami with violating U.S. sanctions in connection with his use of private aircraft, including February 23, 2019 return flight by El Aissami from Russia to Venezuela.

On February 7, 2020, the U.S. Secretary of State approved the offering of a **REWARD OF UP TO $10 MILLION** for information leading to the arrest and/or conviction of **Tareck Zaidan El Aissami Maddah.**

On March 13, 2020, a Federal Grand Jury sitting in the SDNY returned a second indictment charging El Aissami with conspiring with two other individuals to violate U.S. sanctions by engaging in prohibited transactions in blocked property, evading the provisions of the Kingpin Act, and using entities to engage in prohibited transactions in blocked property and to evading and attempting to evade provisions of the Kingpin Act.

If you have information and are located outside of the United States, please contact the nearest United States Embassy or Consulate. If in the United States, please contact the local Immigration and Customs Enforcement (ICE) office in your city or call the national hotline at 1-866-DHS-2-ICE. Government officials and employees are not eligible for rewards.

Government officials and employees are not eligible for rewards.

**ALL IDENTITIES ARE KEPT STRICTLY CONFIDENTIAL.**

TIPS: **CONTACT ICE HOMELAND SECURITY INVESTIGATIONS AT 1-866-347-2423** (1-866-DHS-2-ICE).

**TAGS**

Bureau of International Narcotics and Law Enforcement Affairs   Drug Trafficking   Narcotics

Rewards for Justice   Venezuela

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Copyright Information

Copyright Information

FOIA

No FEAR Act