# Exhibit 34

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

**EMBASSY OF BOLIVARIAN REPUBLIC OF VENEZUELA** | UNITED STATES OF AMERICA

[image]

## 17 NOV LUIS PACHECO "IF WE HAD NOT SUED, THE BONDHOLDERS WOULD HAVE HAD A PARTY AND TAKEN CITGO"

*Though there are opinions out there regarding the lawsuit on PDVSA 2020 bonds, for Luis Pacheco, who is still awaiting his replacement as President of the ad hoc management board of Petróleos de Venezuela, S.A., a negotiation with creditors was always attempted. Nevertheless, the lack of flexibility of bondholders led them to the path of legal action. Even though there is an opening to seek agreements, there are conditions imposed by the Legislative power that must be respected.*

By Alejandro Hernández, La Gran Aldea: https://lagranaldea.com/2020/11/16/si-no-hubiesemos-demandado-los-bonistashabrian-hecho-una-fiesta-y-tomado-citgo/#

His broad trajectory through the **oil industry** is what recommends **Luis Pacheco**, therefore many applauded his appointment as President of the of the ad hoc management board of Petróleos de Venezuela, S.A. (PDVSA) and then lamented that he submitted his resignation of this position. From his perspective, he guarantees that if, on October 27, 2019, he had not sued in the case of the **PDVSA 2020 bonds**, the holders of those papers "would have had a party and taken control of Citgo." He holds that a direct **negotiation** was attempted with the **bondholders**, but it became evident that they would not […]

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

accept an alternative other than amortization within the terms established.  He states that Citgo is over-indebted and its **financial structure** does not allow it to take on more debt. He also comments that the worst is that many times the attacks the ad hoc board gets "come from friendly fire; and this, though he expects history to address, is very frustrating."

**"Are you still President of the ad hoc management board of PDVSA?"**

"I have been waiting since June for the **National Assembly** to decide on my replacement."

**"Why did you resign?"**

"It's time for a change in command, and I need space to take care of personal matters."

**"And who is your interlocutor in the interim government?"**

"The Government Center and the Energy and Oil Commission of the National Assembly."

**"How do you read the recent pronouncement by the New York court regarding the PDVSA 2020 bond lawsuit?"**

"The **sentence has not been issued**, what happened was an opinion by the judge on the case, but as such our **attorneys** think that this opinion, while it is negative for us, has enough facets to justify a successful appeal."

**"How will this appeal process go?"**

"Right now, what comes next is that the **judge** will give the **defendants** an opportunity to propose a draft **sentence**, so that we can counter it; and based on these two documents, redact the sentence. After the **Court's decision**, if the decision is not in favor of the Republic, we have 30 days to submit an **appeal**."

**"The decision to appeal if the judgment is against the Republic, has it already been made?"**

"Yes, it will be done, because **it's the right thing** and it's appropriate."

**"After this opinion issued by judge Katherine Polk, some voices have insisted more strongly that the strategy with bondholders should have been to negotiate and not go to court. What is your opinion today?"**

"Of course I don't agree with that, in a world of laws, courts exist so one can defend their **rights**, and PDVSA's obligation was to support what the **National Assembly**, the only legitimately elected body

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

in Venezuela, determined; and that is that the **PDVSA 2020 bond** operation is illegal because it included **Citgo** as **collateral** without the approval of **Parliament**. On the other hand, from the first day our **attorneys** have been in contact with the **creditors** or their representatives to seek an **agreement**, but they have been **inflexible** or have not received these openings with sufficient generosity, and that's why we had to go the **litigation** route, which would not have been necessary if on the other hand they had been willing to negotiate. Nevertheless, even during the **trial**, **conversations** have continued with the bondholders and their attorneys, but sadly they have not agreed to sit under terms that recognize the conditions which the **Legislative Power** has imposed."

**"What are those conditions?"**

"Our intention has always been to achieve a **negotiation** with the **creditors** that acknowledges three factors; one, that the operation was declared invalid by resolution of the **National Assembly**; two, that the **market price** of this **debt**, at the time of this lawsuit, was around 20%, and is now around 50%; and three, is that the **humanitarian crisis** of Venezuela should be recognized, and payment dates postponed. Of course mediating between this and the aspirations of the bondholders, which is complete payment of the debt, has been very difficult, there are limitations that they have never been willing to accept."

**"Is that why the lawsuit was the only way out?"**

"In October of 2019, PDVSA decided to **negotiate directly** with the **bondholders**, instead of with their representatives or attorneys, because our intention was to **resolve the problem**. So, we told them that there are a few days left for the second **payment of interest** and neither PDVSA nor **Citgo** have the **900 million dollars** that should be paid on the 27th of this month, so we asked them for a term of three months to look for a solution, and at this time there were two or three more discussions and it became clear that the creditors would not accept an **alternative other than amortization** on the day that was established. Here we must remember that any offering PDVSA puts on the table should be approved by the National Assembly, and since the unjustified political scandal that originated due to the cancellation of **interest** in April, it was logical to presume that authorizing a payment of 400, 500 or **900 million dollars** would be an uphill battle, on top of the fact that we did not have it."

**"At that time, did you ask the United States government to suspend General License 5?"**

"Of course. When this occurred, we notified the **United States government** that it would be impossible to reach an agreement with the **bondholders**, and asked them to suspend **General License 5** so that creditors could not take control of **Citgo**. The Americans accepted our request and made us commit to introducing the lawsuit for **nullity** against the bondholders. Around the same time, October 15, Parliament resumed the matter, ratified the **nullity of the operation**, and reiterated to use the order to defend Venezuela's assets abroad. For this reason, I had two meetings with the ad hoc Board and the directors unanimously decided to enter **litigation**."

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

**"If the Board voted unanimously, why did economist Alejandro Grisanti afterwards write a letter to interim president Juan Guaidó to express his disagreement with the decision to go to trial?"**

"You have to ask him. The decisions of the PDVSA ad hoc Board are made by a majority, and all of the ones executed in 2019 were **unanimously backed** by the **directors**."

**"For you, did the resolution of the National Assembly on September 27, 2016, categorically deny the legality of the PDVSA 2020 bond?"**

"I'm not an attorney and neither am I here to judge the National Assembly, because PDVSA does not have the power to state what the **Legislative Power** should or should not do. I will take this chance to tell you that when some spokespersons state that PDVSA had never before had to go to **Parliament** to ask for permission, the response to that is that PDVSA never before took on debt that gave an asset of the nation as **collateral**. This is the only time in the entire history of our **state-run oil company** when such a thing has occurred."

**"In a [recent interview, economist Francisco Rodriguez](#) indicated to us that it is not certain that the only option in October 2019 was to sue; and he mentions an offer of a loan that, according to Reuters agency, was made by the T. Rowe Price fund, for 913 million dollars, and he also detailed certain financial statements of Citgo, which in his judgment allowed covering the obligation to bondholders."**

"I can tell you with all certainty that the PDVSA ad hoc Board has not received any formal offer of financing from anyone. On the other hand, what Mr. Rodriguez says of **Citgo** is an uninformed opinion, because the **financial reality** of that company is totally different from what he said, and we reported this to the nation on August 5th in our rendering of accounts to the **National Assembly**. But I say that it is an uninformed opinion because it's one thing for the company to have money in its **financial statements**, and another for it to be able to use that for purposes other than those originally established. **Citgo is over-indebted** and its **financial structure** does not allow it to take on more debt. The people who represent the bondholders should not speak of solutions without taking into account their **feasibility**."

**"Why is Citgo over-indebted?"**

"Because the Maduro regime began to withdraw funds form it, since the **financial problems** of the Republic began, that is, from 2015 and on. In fact, the **2020 bond** is part of this structure of extraction of wealth from PDVSA and **Citgo**. These debts exist, and impaired the company's capacity to raise more funding to pay bondholders. Using Citgo to pay for PDVSA 2020 meant two things: One, practically declaring a default on all of the commitments of the company itself; and two, repeating the poor practices that we had been criticizing, of taking on bad debt to pay for another bad debt."

**"Is an agreement with bondholders still viable?"**

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

"Always. Agreements are always viable as long as we take into account the factors that limit or condition us: Resolutions of the **National Assembly**, the price of the **market debt**, and the **humanitarian crisis** of Venezuela."

**"Are we better or worse today than on October 27, 2019, when the lawsuit was filed?"**

"If we had not sued on October 27, 2019, the **bondholders** would have had a party and taken **control of Citgo**. The **strategy** executed allowed breathing life into two things: One, a **more fair and equitable negotiation**; and two, that the **political change** which until now has not been achievable, can be materialized. Then, given the question as to whether we are better or worse off, I answer you that we still have **Citgo**, and that's better than to have lost it."

**"If you guarantee that there has been more conversation before and during the lawsuit, and even say that an agreement between bondholders is still viable, then why are there spokespersons insisting that you have not negotiated?"**

"For the same reason there are people still of the opinion that the earth is flat. **They're misinformed.**"

**"You have said a lot about the reach of the bondholders' lobby, have you received any pressure to carry out a given decision in the case of the PDVSA 2020?"**

"The PDVSA Board has never gotten pressure to pay or not pay, what we have done is follow the decisions that the National Assembly has made. But the matter of the lobby is not a minor one, the creditors have a lot of muscle to lobby in the **United States**, and on our side we have a country whose political and social situation makes it hard to **make decisions**. This makes it so **negotiation** is very **complex**. Due to pure short-term political calculations, we forget that we are trying to address the afterpains that the governments of Hugo Chávez and Nicolás Maduro left us; sometimes the leadership itself does not let us work due to little things that go nowhere."

**"How tied up was the strategy of defense of assets abroad, to the so-called 'cease the usurpation'?"**

"The **decisions** were made in a context where it was thought that a political change would come shortly. One of the premises on my mind was that with the 'cease the usurpation' we would have a much stronger position when **negotiating** any of the debts."

**"What would happen after January 5, 2021, with the judgments?"**

"Until the interim government is recognized by the **Executive Branch** of the **United States**, we will maintain control of the judgments."

**"What is the mood like on the PDVSA ad hoc Board right now?"**

https://us.embajadavenezuela.org/noticias/luis-pacheco-si-no-hubiesemos-demandado-los-bonistas-habrian-hecho-una-fiesta-y-tomado-citgo/[04/15/2021 7:11:58 p.m.]

Luis Pacheco: "If we had not sued, the bondholders would have had a party and taken Citgo" – Embassy of Venezuela in the USA

"The PDVSA ad hoc Board is composed of people who have decided to contribute their time and knowledge for nothing in exchange, except the satisfaction of **contributing** to the **rebuilding of the country**, and many of them, after a while, have asked themselves if this sacrifice is worth it given **how few political discussions** are still being held without the main objective being resolved, which is to return democracy to Venezuela. Different prices have had to be paid: family, economic, **persecution and libel**. The worst is that many times the attacks we get come from friendly fire; and this, though I hope history will address it, is very frustrating."

**Embassy of Venezuela in the USA**

TAGS: 2020 bonds, CITGO, Luis Pacheco, PDVSA, Venezuela

**DISPATCH OF THE PRESIDENCY**
Bolivarian Republic of Venezuela

**EMBASSY OF BOLIVARIAN REPUBLIC OF VENEZUELA**
UNITED STATES OF AMERICA

Bolivarian Republic of Venezuela
**NATIONAL ASSEMBLY**



| | |
|---|---|
| **T** | 718.384.8040 |
| **W** | TargemTranslations.com |
| **E** | projects@targemtranslations.com |
| **A** | 185 Clymer St. Brooklyn, NY 11211 |

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 185 Clymer Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Luis Pacheco Article dated November 17"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: April 16, 2021

Wolf Markowitz

Signature of Notary Public
ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

