# Exhibit 38

# pdvsa-adhoc.com



Related Links

ALATION TOOL

FLEET GAS CARDS

BUSINESS GAS CARDS

BUSINESS GAS CARDS EIN ONLY

This domain has expired. If you owned this domain, contact your domain registration service provider for further assistance. If you need help identifying your provider, visit https://www.tucowsdomains.com/

Search Ads

Privacy Policy