# Exhibit 39



HOME    WE ARE PDVSA    WHAT WE DO    SUBSIDIARIES    MEDIA    INVESTORS

[2022 - 2030]

# CORPORATE GOVERNANCE

Petróleos de Venezuela, S.A. (PDVSA), is a national company strongly committed to the Venezuelan people. Our goal is the efficient and transparent management of Venezuelan resources under rules that regulate our structure and operations and following professional and ethical principles to benefit the interests of Venezuela.





As the highest governing body of the company, the shareholder meeting is the ultimate authority over the direction and administration of PDVSA. The decisions of the shareholder meeting are binding, within the limits of its powers, on the company. These decisions are made at regular or special meetings. The Republic shall be represented by the People's Power Minister of Petroleum and other ministers that the President of the Bolivarian Republic of Venezuela may appoint.

 The main powers of the Shareholder Meeting include:  learn about, and to approve or not approve the annual report of the Board of Directors, as well as the financial statements and consolidated budgets of investments and operations of PDVSA and subsidiary companies or entities, define the functions and duties of the members of the Board of Directors, issue regulations on internal organization, learn about the report of the commercial commissioner and appoint the deputy.

On April 27, 2020, by decree No. 4.190, published in Official Gazette No. 6.531, the President of the Bolivarian Republic of Venezuela, Nicolás Maduro, appointed Tareck El Assami as People's Minister of Petroleum.

PEOPLE´S MINISTRY OF PETROLEUM

**TARECK ZAIDAN EL AISSAMI MADDAH**
PEOPLE´S  MINISTER OF PETROLEUM

## BOARD OF DIRECTORS

The Board of Directors shall be composed of no less than seven and no more than eleven members appointed by presidential decree for an initial term of two years, renewable for equal terms or until a new Board of Directors is appointed. On January 29, 2017, the President of the Bolivarian Republic of Venezuela, Nicolás Maduro Moros, appointed the new Board of Directors of Petróleos de Venezuela S.A. (PDVSA) by decree No. 2703, published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No.6284.

On December 22, 2017, the President of the Bolivarian Republic of Venezuela, Nicolás Maduro Moros, replaced the vice president of Trade and Supply and the vice president of Gas of Petróleos de Venezuela S.A. (PDVSA) by decree N° 3219, published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela N° 6351.

On November 28, 2017, by decree N° 3180, published in Official Gazette N° 41288, the President of the Bolivarian Republic of Venezuela, Nicolás Maduro, names citizen Alí Rodríguez Araque, Honorary President of the State Company Petróleos de Venezuela, S.A., PDVSA.

On November 26, 2017, by decree No. 3178, published in Official Gazette No. 6343, the President of the Bolivarian Republic of Venezuela, Nicolás Maduro, names citizen Manuel Quevedo, President of the State Company Petróleos de Venezuela , SA, PDVSA, in Acting capacity.

On May 3, 2018, under decree N° 3398 published in Official Gazette N° 41389, President of the Bolivarian Republic of Venezuela Nicolás Maduro ratifies Manuel Quevedo as President of PDVSA.



well as the new president of the Venezuelan Petroleum Corporation (CVP), a subsidiary that manages PDVSA's interests in joint exploration and production companies with national and foreign private oil companies.

On April 27, 2020, according to Decree N° 4.191 published in the Extraordinary Official Gazette N° 6531, citizen Asdrúbal Chávez is appointed as president in charge of the Oil State Company, Petróleos de Venezuela, S.A. (PDVSA), and its Board of Directors.

## ALÍ RODRÍGUEZ ARAQUE +
HONORARY PRESIDENT

## ASDRÚBAL JOSÉ CHÁVEZ JIMÉNEZ
PRESIDENT

## ERICK JACINTO PÉREZ RODRÍGUEZ
VICE PRESIDENT OF EXPLORATION & PRODUCTION

## HÉCTOR GUILLERMO FELIZOLA RUSSIAN
VICE PRESIDENT OF PLANNING AND ENGINEERING AND INTERNAL DIRECTOR

## OSWALDO JAVIER PÉREZ CUEVAS
VICE PRESIDENT (E) OF FINANCE

## ANTONIO JOSÉ PÉREZ SUÁREZ
VICE PRESIDENT (E) OF COMMERCE AND SUPPLY

## GABRIEL RAFAEL OLIVEROS
VICE PRESIDENT OF REFINING

## JUAN VICENTE SANTANA MIGLIACIÓN
VICE PRESIDENT OF GAS

## ERWIN ENRIQUE HERNÁNDEZ HERNÁNDEZ
VICE PRESIDENT OF INTERNATIONAL AFFAIRS

## YURBIS GÓMEZ
EXTERNAL DIRECTOR

## RICARDO LEÓN
EXTERNAL DIRECTOR

## SIMÓN ZERPA DELGADO
EXTERNAL DIRECTOR

## WILLS RANGEL
EXTERNAL DIRECTOR



**HOME**     **WE ARE PDVSA**     **WHAT WE DO**     **SUBSIDIARIES**     **MEDIA**     **INVESTORS**

## EXECUTIVE COMMITTEE

The Executive Committee is the administrative body of governance immediately below the Board of Directors of PDVSA. It has the same powers and responsibilities as the Board of Directors, under Board of Directors resolution No. 2008-20 on September 12, 2006, except for budget approval, Management Report, and any other decisions related to the indebtedness of the corporation, all of which have to be ratified by the Board of Directors to be legally valid.

At meeting 2016-07 on May 2, 2016 the Board of Directors approved changes to the Executive Committee – it is now composed of the president of Petróleos de Venezuela, S.A. as president of the committee, and the executive vice president and internal directors as members.

## ACCESOS RÁPIDOS

Subsidiaries

PDVSA Radio

Revista Orinoco Magna Reserva

## CONTÁCTANOS

Petróleos de Venezuela, S.A.
Avenida. Libertador con calle El Empalme
Complejo MinPetróleo - PDVSA,
La Campiña, Caracas - Venezuela.

**Phone:** +58(212)7084021
**Fax:** +58(212)7084460

Copyright © 2016 PDVSA. Todos los derechos reservados.