Exhibit 41

4/12/22, 10:57 AM
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 2 of 13 PageID #: 488

  RP

December 9, 2021 · 4:46 PM EST
Last Updated 4 months ago

U.S. Markets

# EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources

By Deisy Buitrago and Marianna Parraga

3 minute read

     



My View   Following   Saved

Venezuelan economy vice president Tareck El Aissami attends a session of the St. Petersburg International Economic Forum (SPIEF), Russia June 6, 2019. REUTERS/Maxim Shemetov/File Photo

CARACAS, Dec 9 (Reuters) - Venezuelan President Nicolas Maduro plans to replace Oil Minister Tareck El Aissami - a key ruling party official who also serves Venezuela's OPEC representative and board member of the state oil company - because of health issues, eight sources close to the decision said.

In recent weeks, El Aissami's health has deteriorated, which could render him unable to fulfill his ministerial duties at least temporarily, according to the sources, all of whom asked not to be identified because of the sensitivity of the matter.

The minister - who is credited with helping Venezuela weather U.S. sanctions - recently underwent major surgeries, according to three of the people.

Four of the sources said that Maduro may appoint his ally Asdrubal Chavez, a cousin of the late Venezuelan President Hugo Chavez who is state-run Petroleos de Venezuela's (PDVSA) current president, as oil minister, at least temporarily.

Chavez previously served as oil minister and president of PDVSA's U.S. subsidiary Citgo Petroleum.

A final decision about whether to name a replacement to handle El Aissami's other government responsibilities has not been taken, the sources said.

PDVSA, the oil ministry and the information ministry did not respond to requests for comment on the health of the minister and Maduro's plans.

El Aissami could not immediately be reached for comment.

The official's possible suspension from duties follows a shakeup in PDVSA that removed key officials who had worked with El Aissami in several divisions and subsidiaries, including its maritime arm and the supply and trading department, three of the sources said.

"His team at the supply and trade department has been dismembered. It's just a matter of time before he is replaced," one of the people said.

KEY PLAYER

My View   Following   Saved

4/12/22, 10:57 AM
EXCLUSIVE-Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 4 of 13 PageID #: 490

El Aissami began supervising PDVSA in 2018 as a board member and chief of a restructuring committee. Last year, he also took the position of oil minister and top representative of Venezuela before OPEC.

The minister, who is also Maduro's vice president for economy, has a reputation of delivering results and establishing key alliances with nations like Iran. He has played a key role in helping his government to maintain a functioning economy despite wide-ranging U.S. sanctions.

Since 2017, he has also featured in the U.S. list of sanctioned persons under drug trafficking accusations and in 2019 he was added to the U.S. Immigration and Customs Enforcement's "most-wanted" list.

El Aissami has denied the trafficking charges while accusing Washington of imposing illegal sanctions on the nation.

El Aissami - like his predecessor in the oil ministry - has failed to meet the production goals set by Maduro for recovering over 1 million barrels per day (bpd) of lost output in the country.

Venezuela's oil output has dwindled from around 2.5 million bpd a decade ago after U.S. sanctions compounded years of underinvestment and mismanagement of the oil industry.

However, in recent months, El Aissami's administration has been able to surpass 900,000 barrels of daily production, creating expectations for the first time since sanctions were imposed that Venezuela's output might stabilize.

Reporting by Deisy Buitrago and Vivian Sequera in Caracas, Marianna Parraga in Houston and Mircely Guanipa in Maracay. Editing by Daniel Flynn and Marguerita Choy

Our Standards: **The Thomson Reuters Trust Principles.**

---

**More from Reuters**



Biden goes after 'ghost guns'

Fuel costs, delays hamper California food donation law

Senate confirms Jackson to U.S. Supreme Court

My View   Following   Saved

4/12/22, 10:57 AM
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 5 of 13 PageID #: 491



U.S. COVID cases rising amid BA.2, says expert

Ukraine leader tells U.N. Russia committed 'war crimes'

**My View** **Markets**

+ Asian Markets    + Commodities    + Currencies    + Deals    + Emerging Markets    + European Markets

+ Funds    + Global Market Data    + Rates & Bonds    + Stocks    + US Markets    + Wealth

Apply



**Global Investor**

Sign up to our investor newsletter to get the latest news and trends in global financial markets.

Sign up



**Daily Briefing**

Subscribe to our newsletter to get all the news you need to start your day.

Sign up



My View    Following    Saved

Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 6 of 13 PageID #: 492

Sponsored Content                                    Dianomi

**Do You Want to Downsize Your Home?**
Sponsored by Charles Schwab

**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**
Sponsored by Fisher Investments

**Deepen your understanding of investing with Morningstar Premium.**
Sponsored by NerdWallet

**7 Mistakes You'll Make When Hiring a Financial Advisor**
Sponsored by

**U.S. Markets**

**Fed to raise rates aggressively in coming months, say economists: Reuters poll**

My View    Following    Saved

4/12/22, 10:57 AM
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 7 of 13 PageID #: 493

U.S. Markets · April 11, 2022

The Federal Reserve is expected to deliver two back-to-back half-point interest rate hikes in May and June to tackle runaway inflation, according to economists polled by Reuters who also say the probability of a recession next year is 40%.

U.S. Markets

**Inflation, rising rates, war create uncertain outlook for U.S. earnings**

April 11, 2022

U.S. Markets

**Wall Street stumbles as surging Treasury yields slam growth stocks**

April 11, 2022

U.S. Markets

**Wall St opens higher after CPI data**

9:39 AM EDT

U.S. Markets

**Bitcoin falls 5.3% to $39,881**

April 11, 2022

My View    Following    Saved

## Sponsored Content                                                    Dianomi

 **Deepen your understanding of investing with Morningstar Premium.** Sponsored by NerdWallet

 **The Huge EV Story Everyone's Missing** Sponsored by Empire Financial Research

 **$8 AI Stock Could Help Solve Global Energy Crisis** Sponsored by Banyan Hill

 **Searching for unicorns? OurCrowd members have seen 21.** Sponsored by OurCrowd

## Sponsored Content                                                    Dianomi

 **These Nerd-Approved Checking Accounts Come With Perks** Sponsored by NerdWallet

 **Do You Have Enough To Retire? Use Our Free Retirement Calculator.** Sponsored by Fisher Investments

 **Where should you invest $1,000 right now?** Sponsored by The Motley Fool

**Which Credit Cards Have the Best Bonuses? Find Out.** Sponsored by NerdWallet

## Sponsored Content                                                    Dianomi

 **See How Some Retirees Use Options Trading As A Safe Way To Earn Income** Sponsored by TradeWins

**Act now to earn up to a $1,500 cash bonus with CITIGOLD® OFFER required activities.** Sponsored by Citi

 **7 Mistakes You'll Make When Hiring a Financial Advisor** Sponsored by smartasset

 **Our Highest Paying Cash Back Cards Right Now** Sponsored by CompareCredit

My View     Following     Saved

| Latest | Browse |
|---|---|
| Home | World |
| Media | Business |
| Videos | Legal |
| Pictures | Markets |
| Graphics | Breakingviews |
| | Technology |
| | Investigations |
| | Lifestyle |

About Reuters

About Reuters
Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

My View   Following   Saved

4/12/22, 10:57 AM
Case 1:22-mc-00156-UNA  Document 3-1 Filed 10/07/22  Page 10 of 13 PageID #: 496
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters

**Refinitiv Workspace**

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**

Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**  **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**  **Terms of Use**  **Privacy**  **Digital Accessibility**  **Corrections**  **Site Feedback**

© 2022 Reuters. All rights reserved

My View   Following   Saved

4/12/22, 10:52 AM
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister El Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 11 of 13 PageID #: 497

4/12/22, 10:57 AM
EXCLUSIVE Venezuela's Maduro plans to replace Oil Minister Al-Aissami -sources | Reuters
Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 12 of 13 PageID #: 498

Case 1:22-mc-00156-UNA Document 3-41 Filed 10/07/22 Page 13 of 13 PageID #: 499