Exhibit 42

8/6/22, 4:44 PM
Case 1:22-mc-00156-UNA    Document 3-42    Filed 10/07/22    Page 2 of 14 PageID #: 501
Luis Giusti ousted from Citgo Petroleum's board of directors | Reuters

April 11, 2022 · 3:00 PM EDT
Last Updated 4 months ago

Energy

# Luis Giusti ousted from Citgo Petroleum's board of directors

**Reuters**                                                                 1 minute read

     



Luis Giusti ousted from Citgo Petroleum's board of directors | Reuters

My View    Following    Saved



The logo of PDVSA's U.S. unit Citgo Petroleum is seen at a gas station in Stowell, Texas, U.S., June 12, 2018. REUTERS/Jonathan Bachman

HOUSTON, April 11 (Reuters) - Oil executive Luis Giusti Lugo was removed from the board of directors of Houston-based refiner Citgo Petroleum, the chief of the company's supervisory body said on Monday.

"Citgo Holding's board unanimously agreed two weeks ago to ask for his resignation," Horacio Medina, chief of the PDV ad-hoc board, said without elaborating on the reasons.

Giusti was formally notified on Friday, Medina added. Citgo, the U.S. arm of Venezuela's state-run company PDVSA, is controlled by the Venezuelan opposition through a chain of supervisory boards.

Register now for FREE unlimited access to Reuters.com

Register

Advertisement · Scroll to continue

Luis Giusti ousted from Citgo Petroleum's board of directors | Reuters

Giusti, son of a former PDVSA president, had replaced CEO Carlos Jorda in a reshuffling of the Citgo board last June. That shakeup led to five appointees tied to different Venezuelan opposition parties, several of whom have left in the interim. **read more**

Last month, Robert Kent was added to Citgo Petroleum's board.

Citgo, which on Monday was no longer listing the executive as a member of its board, did not immediately reply to a request for comment.

Register now for FREE unlimited access to Reuters.com

**Register**

Reporting by Marianna Parraga; Editing by Gary McWilliams

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters

Soaring prices make Ice a hot commodity in Spain

The Week in Numbers:

big oil strikes gold

EXCLUSIVE Luis Giusti ousted from Citgo Petroleum's board directors | Reuters

00:00                                        01:40

Lufthansa agrees deal
to avert strikes

Why rice could be the
next food in short

---

Newsletter | Sent twice a week.

## Reuters Power Up

Everything you need to know about the global energy industry and the forces driving the transition to
renewable fuels.

**Sign up**



**7 Secrets People Who Retire Comfortably Know About Financial Advisors**

Sponsored by SmartAsset

**Bitcoin FAQs**

Sponsored by Charles Schwab

**A true advisor is all ears, not all talk**

Sponsored by Truist Wealth



**Save for a rainy day with 1.40% APY. Select Markets Only. Member FDIC.**

Sponsored by Citi® High-Yield Savings

## Energy



# Brazil's Eletrobras brings back former CEO Ferreira, elects new chairman

World · August 5, 2022

The new board of directors of Brazilian power company Eletrobras on Friday chose former CEO Wilson Ferreira Junior to return to the job and elected former Petrobras CEO Ivan Monteiro as chairman of the board of directors, the company said in a statement.

---

Energy

**Rosatom says Turkish partner IC Ictas violated nuclear plant deal**

August 5, 2022

---

Energy

**Asian spot prices jump on Russian supply concerns, Pelosi's Taiwan visit**

August 5, 2022

---

EXPLAINER

**Explainer: What are the snags in Germany's gas levy on consumers?**

August 5, 2022

---

Finance

**Royal London says ESG may take short-term hit from energy crisis**

August 5, 2022



### Spring Into a Standout Checking Account. Compare Now.

Sponsored by NerdWallet



### You thought you knew what Fidelity looks like? Apply today.

Sponsored by Fidelity Investments



### Do These Cards Offer Lower Interest Than Yours? Find Out.

Sponsored by NerdWallet



### Should You Be Selling Your Stocks Now? Read This Report

Sponsored by Fisher Investments

## Sponsored Content

Dianomi ▷



### Georgia: The List Of The Top Financial Advisor Firms Is Out

Sponsored by smartasset



### Tax-Loss Harvesting Benefits

Sponsored by Charles Schwab



### If You Have More Than $1,000 in Your Bank Account, Make These 5 Moves

Sponsored by The Penny Hoarder



### Grow Your Skills and Learn to Trade Stocks

Sponsored by NerdWallet

## Sponsored Content





### Save for a rainy day with 1.40% APY. Select Markets Only. Member FDIC

Sponsored by Citi High-Yield Savings



### Compare Excellent Personal Loans Side-by-Side

Sponsored by NerdWallet



### New EV Set to Disrupt Entire Industry

Sponsored by Empire Financial Research



### A true advisor is all ears, not all talk

Sponsored by Truist Wealth

Latest

Home

Media

📹 Videos ⬏
📷 Pictures ⬏
🖼 Graphics ⬏

Browse

World

Business

Legal

Markets

Breakingviews

Technology

Investigations ⬏

Lifestyle

About Reuters

**About Reuters** ⬏

**Careers** ⬏

**Reuters Leadership** ⧉
**Reuters Fact Check** ⧉
**Reuters Diversity Report** ⧉

Stay Informed

**Download the App** ⧉
**Newsletters** ⧉

---

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

---

Thomson Reuters Products

**Westlaw** ⧉

Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource** ⧉

The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint** ⧉

The industry leader for online information for tax, accounting and finance professionals.

---

Refinitiv Products

**Refinitiv Workspace** ⧉

Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web

**Refinitiv Data Catalogue** ⧉

Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and

**Refinitiv World-Check** ⧉

Screen for heightened risk individual and entities globally to help uncover hidden risks in business

**Advertise With Us** ⬀    **Advertising Guidelines** ⬀

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies** ⬀    **Terms of Use** ⬀    **Privacy** ⬀    **Digital Accessibility** ⬀    **Corrections** ⬀    **Site Feedback** ⬀

© 2022 Reuters. All rights reserved