Exhibit 43



January 5, 2022 · 5:13 PM EST
Last Updated 3 months ago

Americas

# Venezuela opposition must recognize errors to resume dialogue-gov't

By Deisy Buitrago and Mayela Armas

2 minute read



My View  Following  Saved

4/12/22, 1:49 PM
Venezuela opposition must recognize errors to resume dialogue-govt | Reuters
Case 1:22-mc-00156-UNA Document 3-43 Filed 10/07/22 Page 3 of 12 PageID #: 516



Jorge Rodriguez, head of Venezuela's National Assembly, attends a session to create a work team to the request of the Senate of Colombia to restore trade relations between both countries in Caracas, Venezuela, October 21, 2021. REUTERS/Leonardo Fernandez Viloria

CARACAS, Jan 5 (Reuters) - Venezuela's opposition must abandon hypocrisy and recognize its mistakes if it wants to restart talks with the ruling party, which were suspended in October, National Assembly president Jorge Rodriguez said on Wednesday.

Negotiations in Mexico between Venezuela's government and opposition politicians ground to a halt late last year after Colombian businessman Alex Saab, an ally of Venezuela's President Nicolas Maduro, was extradited to the United States to face money laundering charges.

Talks can begin once Alex Saab is released and when control of foreign assets is returned to the government, Rodriguez said at the opening of the ruling party-controlled assembly's new session.

"Enough with the hypocrisy of dialogue ... if you want talks, show respect, if you want talks free Alex Saab, if you want talks return our gold which you stole," said Rodrigo, who led the government delegation in Mexico.

Earlier on Wednesday, opposition leader Juan Guaido had urged a restart to talks to establish fairness guarantees for voters ahead of the 2024 presidential elections.

"Free and fair elections won't come alone or for the false words of Jorge Rodriguez," Guaido said.

The ruling party took control of the National Assembly in elections last year, but Guaido and an opposition commission drawn from those elected to parliament in 2015, who enacted reforms to extend their own mandate, continue to control Venezuela's assets abroad, such as U.S. oil refiner Citgo and Colombian fertilizer manufacturer, Monomeros.

My View    Following    Saved

4/12/22, 1:49 PM
Case 1:22-mc-00156-UNA  Document 3-43  Filed 10/07/22  Page 4 of 12 PageID #: 517
Venezuela opposition must recognize errors to resume dialogue-govt | Reuters

Maduro this week ordered the National Assembly to investigate the opposition politicians who widened the commission's mandate. The opposition alleges Maduro's election in 2018 was fraudulent and he is an illegitimate leader.

The extension was backed by Maduro's bete noir, the United States, which ramped up sanctions against the government two years ago.

Dozens of western countries originally supported Guaido as Venezuela's leader, but since 2021 legislative elections a number of countries and the European Union back him only as a leading opposition figure.

Reporting by Deisy Buitrago and Mayela Armas; writing by Oliver Griffin; editing by Richard Pullin

Our Standards: **The Thomson Reuters Trust Principles.**

## More from Reuters



Growing number of U.S. teens recruited to transport migrants

Drone shows destroyed theatre in besieged Mariupol

Nicolas Cage plays Nick Cage in tailor-made 'Massive Talent'

Ukrainian orphans celebrate bar mitzvah in Jerusalem

In Le Pen heartland, voters challenge Macron

## My View World

+ Africa   + Americas   + Asia Pacific   + China   + Europe   + India   + Middle East

+ United Kingdom   + United States



My View    Following    Saved



## Sustainable Switch

Subscribe to our sustainability newsletter to make sense of the latest ESG trends affecting companies and governments.

Sign up



## Daily Briefing

Subscribe to our newsletter to get all the news you need to start your day.

Sign up

My View    Following    Saved

4/12/22, 1:49 PM
Venezuela opposition must recognize errors to resume dialogue-govt | Reuters
Case 1:22-mc-00156-UNA   Document 3-43   Filed 10/07/22   Page 6 of 12 PageID #: 519

## Sponsored Content

Dianomi

**Act now to earn up to $1,500 with required activities**
Sponsored by CITI® CHECKING US Member FDIC.

**7 Mistakes You'll Make When Hiring a Financial Advisor**
Sponsored by SmartAsset

**Do You Have Enough To Retire? Use Our Free Retirement Calculator.**
Sponsored by Fisher Investments

**Find A Trading Platform With Automated Investing Options**
Sponsored by Yahoo! Search

### Americas

My View    Following    Saved

# Chile announces $3.7 billion recovery plan to aid struggling economy

Americas · April 7, 2022

Chile's President Gabriel Boric announced on Thursday a $3.7 billion economic recovery plan that includes a hike in the minimum wage, subsidies and financing for sectors of the economy still battling fallout from the COVID-19 pandemic.

Americas
**Venezuela's inflation slows down to lowest in almost a decade**
April 6, 2022

Americas
**Colombia court approves extradition to the U.S. of accused drug trafficker Otoniel**
April 6, 2022

Americas
**U.S. farmers, in Havana, say sanctions stymieing food sales to Cuba**
April 6, 2022

Americas
**TD Bank opens offices for staffers as COVID cases ease**
April 6, 2022

My View   Following   Saved






## Sponsored Content

Dianomi

These Nerd-Approved Checking Accounts Come With Perks
Sponsored by NerdWallet

The Only Options Trade You Need to Build-Up A Small Account
Sponsored by TradeWins

Schwab's Outlook for Stock Sectors
Sponsored by Charles Schwab

$8 AI Stock Could Help Solve Global Energy Crisis
Sponsored by Banyan Hill

## Sponsored Content

Dianomi

This 2 Minute Move Could Knock $500/Year off Your Car Insurance
Sponsored by MoneyWise

The Huge Electric Vehicle Story Everyone's Missing
Sponsored by Empire Financial Research

For a limited time, earn up to $1,500 cash with required activities.
Sponsored by Credit Card Offer

Unlimited 2% Cash Back Plus a $200 Bonus
Sponsored by CardCritics

## Sponsored Content

Dianomi

7 Secrets People Who Retire Comfortably

These Investing Platforms Offer

Like Perks? Discover a Credit Card

Have You Tried This

My View Following Saved

4/12/22, 1:49 PM
Venezuela opposition must recognize errors to resume dialogue-govt | Reuters
Case 1:22-mc-00156-UNA   Document 3-43   Filed 10/07/22   Page 9 of 12 PageID #: 522

Latest

**Home**

Media

Videos

Pictures

Graphics

Browse

**World**

**Business**

**Legal**

**Markets**

**Breakingviews**

**Technology**

**Investigations**

**Lifestyle**

About Reuters

**About Reuters**

**Careers**

**Reuters News Agency**

**Brand Attribution Guidelines**

**Reuters Leadership**

**Reuters Fact Check**

**Reuters Diversity Report**

Stay Informed

**Download the App**

**Newsletters**

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

4/12/22, 1:49 PM
Venezuela opposition must recognize errors to resume dialogue-gov't | Reuters
Case 1:22-mc-00156-UNA   Document 3-43   Filed 10/07/22   Page 10 of 12 PageID #: 523

Thomson Reuters Products

### Westlaw
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

### Onesource
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

### Checkpoint
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

### Refinitiv Workspace
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

### Refinitiv Data Catalogue
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

### Refinitiv World-Check
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

**Advertise With Us**   **Advertising Guidelines**

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

**Cookies**   **Terms of Use**   **Privacy**   **Digital Accessibility**   **Corrections**   **Site Feedback**

© 2022 Reuters. All rights reserved

4/12/22, 1:49 PM
Venezuela opposition must recognize errors to resume dialogue-gov't | Reuters
Case 1:22-mc-00156-UNA   Document 3-43   Filed 10/07/22   Page 12 of 12 PageID #: 525