**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL, <br><br> *Plaintiffs*, <br> *v.* <br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> *Defendant*. | Civil Action No: 1:22-mc-00156-UNA |

**EXPERT REPORT OF MANUEL A. GOMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A WRIT OF ATTACHMENT *FIERI FACIAS***

**I.     Scope of this report**

1. Counsel for petitioners Koch Minerals Sàrl ("KOMSA") and Koch Nitrogen International Sàrl ("KNI") (collectively "Plaintiffs"), in the above-captioned matter instructed me to prepare this report to supplement any facts that have since transpired between April 2021 — the date I last submitted an expert report on this subject to this Court — and today regarding the alter ego relationship between PDVSA and Venezuela. Counsel for Plaintiffs have also instructed me to address whether those facts affect my previous conclusion that PDVSA lacks independence from Venezuela and should therefore be deemed its alter ego.

2. As I explain in this report, the developments occurred in Venezuela since the submission of my two expert reports in the parallel attachment proceedings, *Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Bolivarian Republic of Venezuela*, No. 1:20-mc-257-LPS (D. Del.), on 19 February 2021 and 16 April 2021 respectively, and my appearance before this honorable Court in April 2021 for that matter, do not affect my original position regarding PDVSA's lack of independence from Venezuela. Moreover, my opinion about PDVSA being an alter ego of Venezuela has been further reinforced by those recent events.

1

3. I attach my previous 19 February 2021 and 16 April 2021 reports submitted in *Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of the Bolivarian Republic of Venezuela*, No. 1:20-mc-257-LPS (D. Del.), as Exhibits 1 and 2 of this report respectively, and incorporate both reports — including their facts and conclusions — by reference for the purposes of these attachment proceedings.

4. This report and my two prior reports are the independent product of my professional assessment about the issues presented to me regarding the relationship between Venezuela and PDVSA. My opinions stated in these reports are not subject to any external influence, pressure, or interest in the outcome of any dispute — potential or present — between any and all of the parties involved in this matter. The considerations and conclusions expressed in these reports embody my professional opinion on the specific matters to which they refer. I am being paid for my services in this matter, but my fees are not dependent on the nature of the opinions I state here, or on the result of the case.

5. For the reasons set forth below, it is my professional opinion that none of the facts that have since transpired between April 2021 and today change my conclusions that PDVSA is Venezuela's alter ego and its assets and interests in the United States are subject to the pervasive control of Venezuela. Regardless of whether it is Maduro or Guaidó — directly or in conjunction with the opposition-controlled National Assembly — the Venezuelan government treats PDVSA and Venezuela's assets as one and the same, therefore preventing any kind of separation between them.

## II. Guaidó's current situation is precarious, thus making his control over PDVSA's foreign assets more important than ever before for his political survival

6. More than three years have passed since Mr. Guaidó's investiture as Interim President of Venezuela and no transition has occurred. Maduro continues to hold power over the country's territory and its institutions. Guaidó, on the other hand, "has virtually no political authority in the country",[1] and appears weaker every day, which has

---

[1] Fabiola Zerpa, Andreína Itriago Acosta, and Ezra Fieser, "Guaido's Reign in Danger as Venezuelan Opposition Moves to Ditch Him", Bloomberg, 3 November 2021, available at:

incentivized him more than ever before to cling to Venezuela's foreign assets as his only tangible leverage against Maduro. To this day, Maduro's regime has logged at least ten criminal complaints against Guaidó for allegedly committing a series of offences against the state.[2] More surprisingly, however, are the allegations levied against Guaidó from members of his own cabinet, from allied political parties, and from the Supreme Justice Tribunal in Exile ("SJTEx"). As I turn to explain, they all converge in expressing concern for Guaidó's lack of transparency, accountability, and overt politization in the management of Venezuela's assets located abroad. Guaidó's insistence in maintaining control over PDVSA's assets undermines any purported independence of the corporate conglomerate and strengthens the theory that PDVSA is an alter ego of Venezuela.

7. On 5 December 2021, Julio Borges, who served as Guaidó's Commissioner of Foreign Affairs resigned from his post for considering that "the interim administration has lost its way and become a corrupt bureaucracy".[3] Borges's accusation of Guaidó's administration specifically mentioned "the management and legal defence of Venezuela's assets",[4] including PDVSA's. During the preceding months, Borges accused Guaidó's interim government of becoming "an end in itself that looks to stay on indefinitely".[5] Moreover, Borges criticized the opaque management of Venezuela's foreign assets by Guaidó's government, including those of the Colombia-based

---

https://www.bloomberg.com/news/articles/2021-11-03/guaido-in-danger-as-venezuelan-opposition-moves-to-ditch-him.

[2] Maru Morales, Monómeros' situation is worth Guaidó's tenth criminal investigation and unleashes turbulence in the G4 ("*Situación de Monómeros le vale a Guaidó décima averiguación penal y desata turbulencia en el G4*"), 15 September 2021, Cronica Uno, available at: https://cronica.uno/situacion-monomeros-guaido-averiguacion-penal-desata-turbulencia-g4/ (hereinafter, "Morales, Turbulence in the G4").

[3] Patricia Garip, US-backed Venezuelan opposition loses foreign envoy, 8 December 2021, Argus, available at https://www.argusmedia.com/en/news/2281290-usbacked-venezuelan-opposition-loses-foreign-envoy (hereinafter, "Garip, Venezuelan opposition loses foreign envoy").

[4] Id.

[5] Id.

fertilizer manufacturer Monómeros Colombo Venezolanos, S.A. ("Monómeros") and of PDVSA. In the case of Monómeros, Borges accused Guaidó of managing the company by only following his political-party line and of allocating management positions based on political commitments.[6]

8. Borges also called for the establishment of a special trust to remove Venezuela's assets from the extensive influence exercised over them by Guaidó's interim government.[7] On 13 July 2022, Borges was still insisting that Venezuela's foreign assets that are under Guaidó's power "must be removed from political control",[8] and complained that those assets "should have never been managed by the opposition".[9] The fact that those allegations come from a former key participant in Guaidó's cabinet — who precisely resigned to his post because of his disagreement with the undue politization of the transition government — is significant.

9. Additionally, Primero Justicia ("PJ"), one of the main political parties that formed Guaidó's original coalition (and of which Borges is a founding member) that led to the formation of the interim government, has accused Guaidó's team of mismanaging Venezuela's foreign assets and operating without transparency, with the control over

---

[6] Julio Borges, Monómeros is a company that has been managed with absolutely partisan criteria ("*Monómeros es una empresa que se ha ido manejando con criterios absolutamente partidistas*"), 28 September 2021, available at:
https://twitter.com/cmrondon/status/1442830508715610118?s=20&t=jJEZrUiqyRX96OngP9g9gQ.

[7] Morales, Turbulence in the G4 *supra* note 2.  See also, Garip, Venezuelan opposition loses foreign envoy *supra* note 3.

[8] Reuters, Battle in Venezuela for control of Citgo Petroleum, a refining subsidiary of the state-owned PDVSA ("*Batalla en Venezuela por el control de Citgo Petroleum, subsidiaria refinadora de la estatal PDVSA*"), 13 July 2022, AméricaEconomía, available at https://www.americaeconomia.com/batalla-en-venezuela-por-el-control-de-citgo-petroleum-subsidiaria-refinadora-de-la-estatal-pdvsa.

[9] Julio Borges, "For more than two years, @Pr1meroJusticia has had a firm position on the issue of assets abroad, we believe that it should never have been managed by the opposition and we have said it both privately and publicly". ("*Desde hace más de dos años, @Pr1meroJusticia ha tenido una posición firme con el tema de los activos en el exterior, nosotros pensamos que nunca ha debido ser manejado por la oposición y lo hemos dicho tanto en privado como públicamente*"), 13 September 2021, available at: https://twitter.com/JulioBorges/status/1437427597806346255?s=20&t=ANN9iwXtxdIlqqz-H-Q7Yw.

PDVSA being at the heart of this issue. On 13 September 2021, PJ issued a public statement declaring its disagreement with the management of Venezuela's foreign assets by the Guaidó administration and insisted on "the need to establish a trust administered by an external high-level entity that guarantees the independence, transparency and good practices that all Venezuelans demand and deserve".[10]

10. On 4 January 2022, the National Assembly — whose President is Juan Guaidó — amended the Transition Statute ("2022 Amended Transition Statute") to renew the mandate of both Guaidó himself as Interim President of Venezuela and the National Assembly with Guaidó as its President. Some provisions, such as articles 17 and 36, were also amended to give the National Assembly a formal role to "authorize the appointment and/or removal of … ad-hoc Administrative Boards…of State companies, including those incorporated abroad",[11] and more specifically, to "authorize the appointments … of the members of the ad-hoc Board of Directors of Petróleos de Venezuela S.A. (PDVSA)".[12]

11. Furthermore, article 38 prohibited "the organs of the Public Power or … the Ad-Hoc administrative boards of other State entities designated in accordance with this Statute"[13] to dispose or liquidate any State assets recovered through any means established by the Statute, until "until free, fair and verifiable presidential and parliamentary elections are held".[14] While these amended provisions might have

---

[10] Primero Justicia, Communiqué of Primero Justicia on the Management of Assets of the Republic Abroad ("*Comunicado de Primero Justicia sobre el Manejo de Activos de la República en el Exterior*"), 27 September 2021, available at:
http://www.primerojusticia.org.ve/cms/index.php?option=com_flexicontent&view=item&cid=159:notas-de-prensa&id=42299:comunicado-de-primero-justicia-sobre-el-manejo-de-activos-de-la-republica-en-el-exterior&Itemid=498.

[11] 2022 Amended Transition Statute, article 17(1).

[12] Id. article 36.

[13] Id. article 38.

[14] Id.

5

attempted to signal certain separation of powers between the National Assembly and Guaidó regarding the management and control of PDVSA's assets, they were nothing more than a symbolic gesture with no beneficial impact except for perpetuating Guaidó's power.

12. Article 17(4) of the 2022 Amended Transition Statute required both "the President of the National Assembly, acting in charge of the presidency of the Republic, and the Special Attorney of the Republic [to] submit a monthly report to the Delegate Commission or when it so decides for reasons of urgency and general interest".[15] Nevertheless, it appears that such reports have not been presented as required. This is precisely why, on 24 July 2022, PJ vowed to formally request the Delegate Commission of the National Assembly to hold Guaidó accountable, and to demand "transparency in the management of assets".[16] PJ insisted that Guaidó had not fulfilled his obligations under the Transition Statute and the agreement entered into by opposition parties on 14 June 2022, which provided for the renewal of the boards of certain state-owned foreign entities, including Monómeros, Citgo, and the Simón Bolívar Foundation.[17] Both Borges's and PJ's concern is obviously that Guaidó treats PDVSA and Venezuela as one and the same, and manages them to his own political advantage.

13. The 2022 Amended Transition Statute also maintains the exceptional nature of the regime devoid of any any checks and balances created by article 34(2) of the 2019 Transition Statute, as I explained in my second expert report attached hereto as Exhibit

---

[15] 2022 Amended Transition Statute, article 17(4).

[16] Primero Justicia, "Primero Justicia will once again demand transparency in the management of assets before the AN-2015" ("*Primero Justicia volverá a exigir ante la AN-2015 transparencia en el manejo de activos*"), Tal Cual Digital, 24 July 2022, available at: https://talcualdigital.com/pj-exigira-a-la-an-de-2015-transparencia-en-el-manejo-de-activos/.

[17] Primero Justicia, Our promise to the country is that we give priority to matters that are still pending, ("*Nuestra promesa al país es que le demos prioridad a asuntos que aún tenemos pendientes*")*,* 19 June 2022, available at: https://twitter.com/Pr1meroJusticia/status/1549509651636658176?s=20&t=H3wKnIx-v30IuDYs_FHlDA.

2.[18]  The relevant provision of the 2022 Amended Transition Statute (article 36(2)) states, "This article will prevail over any other applicable regulations and will guide the interpretation of any other formalities required in the Venezuelan legal system and in corporate documents, to carry out the representation of PDVSA as a shareholder of PDV Holding, Inc.".

14. As a way to further cement the political control of Guaidó's interim government over Venezuela's assets, the 2022 Amended Transition Statute retains the prohibition to PDV Holding, Inc. and its subsidiaries to maintain any relationship with the Maduro regime or to "make any payment or capital contribution to PDVSA".[19]  As I have previously stated, this shows that "Guaidó's main goal is to thwart Maduro's authority and hopefully force him out, and not necessarily to respect formalities, transparency, and regular procedures".[20]

15. Guaidó has denied these allegations and has defended his strategy as legitimate.  He has also vowed "to protect the assets of all Venezuelans and to show the accounts",[21] but is yet to do so.  PDVSA's Ad Hoc Board has also stated that it will soon provide a detailed report of its operations during the second trimester of 2022.[22]  At the time of writing this opinion, PDVSA's Ad Hoc Board does not seem to have submitted its report to the National Assembly.  Instead, the Ad Hoc Board has released several short messages on its Twitter account, containing mostly self-congratulatory statements

---

[18] Ex. 2, Gomez Second Expert Report at footnote 4, p. 4.

[19] 2022 Amended Transition Statute, article 36(4).

[20] Ex. 2, Gomez Second Expert Report at ¶ 21.

[21] Presidencia del Gobierno Interino, "Interim government ratifies legitimacy" ("*Gobierno interino ratifica legitimidad*"), 27 September 2022, available at: https://twitter.com/Presidencia_VE/status/1442663160377483269.

[22] PDVSA Ad Hoc Board, "In the very short term, the ad hoc Administrative Board of PDVSA will submit its extended and detailed report" ("*A muy corto plazo, la Junta Administradora ad hod de PDVSA consignará su informe ampliado y detallado*"), 11 August 2022, available at: https://twitter.com/PDVSA_AdHoc/status/1557848088315695104.

about some of its activities but lacking the details and information demanded from an entity of such stature.[23] These messages seem to be driven more by public relations purposes and to qualm political criticism levied against Guaidó than to fulfil PDVSA Ad Hoc Board's legal duties of accountability and independence. Political rhetoric aside, the situation is still the same regarding the consolidation of Venezuela and PDVSA's assets by Guaidó's interim government.

16. Even the judiciary has been asked to intervene to hold Guaidó accountable.[24] To this end, on 29 July 2022, the Constitutional Chamber of the SJTEx, issued an order notifying the National Assembly, the Commission of Finances, and the Special Comptroller and the Commission for the Management of Expenditures created by the Special Act of the Fund for the Liberation of Venezuela and Management of Vital Risky Cases, so they could inform the Court whether Interim President Guaidó has fulfilled his constitutional mandate to inform the National Assembly about his performance since his investiture as Interim President of Venezuela.[25]

17. On 3 August 2022, the SJTEx publicly exhorted Guaidó to provide the requested information, which suggests that he had not complied with the Court's mandate.[26] Additionally, during an interview given on 5 August 2022, Dr. Antonio Marval

---

[23] See, e.g., Twitter message posted on 18 August 2022 at 7:57 am "The adherence to principles and values of the team that manages @CITGOve has made it possible to recover corporate governance and rectify important deviations that compromised its transparency, operational safety and compliance with environmental and industrial obligations."; message posted on 19 August 2022 at 4:40 pm, "The legal teams of @CITGOve, its Corporate Chain and the ad hoc Administrative Board of PDVSA continue to do an excellent job of protecting assets from lawsuits, whose main culprits are its former administrators.", and message posted on 19 August 2022 at 8:02 pm, "Operational and financial results of @CITGOve demonstrate the professional and transparent work of a management oriented towards achievement and overcoming all challenges in order to make a fair return of benefits to shareholders a reality in the shortest possible time".

[24] Application of 16 June 2022 submitted to the SJTEx under article 237 of the Constitution.

[25] SJTEx, File No. SC-2022-04, 29 July 2022.

[26] TSJ Legítimo, Exhortation to Dip. Juan Guaido Interim President of VE ("*Exhortación al Dip. Juan Guaidó Pdte. (E) de VE*"), 3 August 2022, available at: https://twitter.com/TSJ_Legitimo/status/1555000290021105668?s=20&t=VkoBd7jeXD0K0XX6hg5SR.

Jiménez, Chief Justice of the SJTEx, stated that "there should be a separation between the interim government and the presidency of the National Assembly",[27] thus confirming the unusual amalgamation of roles that exist in Venezuela. As I explained in my second expert report, which I attach as Exhibit 2 and incorporate by reference, this exceptional situation reveals the lack of much needed checks and balances between the executive and legislative branches of the opposition-controlled interim government. If those checks and balances existed, they "would ensure a proper level of separateness between Venezuelan and its instrumentalities, including PDVSA".[28]

18. This reality helps explain Guaidó's efforts to maintain a tight political grip on PDVSA's foreign property and interests, instead of just refraining from interfering with it. As I explained in my second expert report, "[g]iven the high stakes involved in the battle for the political control of Venezuela and the significant economic importance of PDVSA to both sides, it would be naïve to assume that the foreign assets held by PDV Holding, Citgo and other related entities are not at the heart of the political tug-of-war that exists between Maduro and Guaidó".[29] More than ever before, PDVSA is Guaidó's main bargaining chip vis-à-vis Maduro and even his own allies. So far, his interim government has done everything in its power to keep it that way and nothing suggests that such situation will change anytime soon.

19. Based on the reasons explained in the preceding paragraphs, I still opine that the circumstances considered by this Court back in 2018 regarding PDVSA's status as Venezuela's alter ego, and the reasons expounded in my two reports submitted to this Court and explained during my appearance in April 2021, have not changed. The ongoing power struggle between Maduro and Guaidó continues and bearing in mind

---

[27] Antonio Marval Jiménez, There should be a separation between the interim government and the presidency of the National Assembly ("*Debe haber una separación entre el interinato y la presidencia de la Asamblea Nacional*"), 5 August 2022, available at: https://twitter.com/VPITV/status/1555531577756614657?s=20&t=VkoBd7jeXD0K0XX6hg5SRA.

[28] Ex. 2, Gomez Second Expert Report at ¶ 6.

[29] Id. at ¶ 10.

      PDVSA's significant economic relevance in the Venezuelan context, there are many incentives for Guaidó and his interim government to conflate PDVSA and Venezuela's assets and continue using them for political gain.

I declare under penalty of perjury that the foregoing is true and correct.

Miami, 7 September 2022

                                                      Manuel A. Gómez