IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL | : : : | |
| Plaintiffs, | : : | |
| v. | : : | Misc. No.: 22-mc-00156 |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : : | |
| Defendant. | : | |

**ORDER GRANTING PETRÓLEOS DE VENEZUELA, S.A.'S
MOTION TO INTERVENE AND TO STAY BRIEFING**

AND NOW, this _____ day of _____, 2022, this Court having considered Petróleos de Venezuela, S.A.'s ("PDVSA") motion, pursuant to Fed. R. Civ. P. 24(a)(2) and (b)(1)(B), to intervene in this action (the "Intervention Motion") and to stay briefing on plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl's (together, "Plaintiffs") Motion for a Writ of Attachment *Fieri Facias* [D.I. 2] (the "Attachment Motion");

IT IS HEREBY ORDERED that:

1. The Intervention Motion is GRANTED; and

2. Briefing on the Attachment Motion is STAYED.

_____