IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| KOCH MINERALS SÀRL, KOCH NITROGEN INTERNATIONAL SÀRL,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>*Defendant*. | Misc. Action No: 22-mc-156-LPS |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on October 7, 2022, Plaintiffs Koch Minerals Sàrl and Koch Nitrogen International Sàrl (collectively "Plaintiffs") filed a Motion for a Writ of Attachment *Fieri Facias* (D.I. 2) ("Attachment Motion");

WHEREAS, on October 18, 2022, Petróleos de Venezuela, S.A. ("PDVSA") filed a Motion to Intervene and to Stay Briefing on Plaintiffs' Attachment Motion (D.I. 10) ("Intervention and Stay Motion");

WHEREAS, Plaintiffs consent to the relief requested in PDVSA's Intervention and Stay Motion;

IT IS HEREBY STIPULATED AND ORDERED that:

1. PDVSA's Intervention and Stay Motion is GRANTED;

2. Plaintiffs' Attachment Motion will be HELD IN ABEYANCE until further order of the Court, which will not be issued until after the Court resolves similar motions for conditional writs of attachment filed in the parallel proceedings *OI European Group B.V. v. Bolivarian Republic of Venezuela*, 19-mc-290-LPS, *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of*

1

   *Venezuela*, 20-mc-257-LPS, *ACL1 Investments Ltd. et al v. Bolivarian Republic of Venezuela*, 21-mc-46-LPS, and *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, 21-mc-481-LPS; and

3.  PDVSA's request that briefing on Plaintiffs' Attachment Motion be stayed is GRANTED, subject to any further order of the Court.

SO ORDERED this __ day of _____, 202__.

                    _____
                    U.S. DISTRICT COURT JUDGE